<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Metropolitan Steel Industries, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Steelco** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-2414683** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **601 Fritztown Road** <br> **Sinking Spring, PA 19608** <br> Number, Street, City, State & ZIP Code <br><br> **Berks** <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **http://www.msisteelco.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

8/03/16  8:49AM

Debtor    **Metropolitan Steel Industries, Inc.**
_____    Case number (*if known*) _____
          Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ■ None of the above |

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __3323__

| | |
|---|---|
| **8.** **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | ■ Chapter 7 |
| | ☐ Chapter 9 |
| | ☐ Chapter 11. *Check all that apply*: |
| |     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that). |
| |     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| |     ☐ A plan is being filed with this petition. |
| |     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| |     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| |     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| | |
|---|---|
| **9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ■ No. |
| | ☐ Yes. |
| If more than 2 cases, attach a separate list. | |

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| | |
|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No |
| | ☐ Yes. |
| List all cases. If more than 1, attach a separate list | |

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

Debtor    **Metropolitan Steel Industries, Inc.**

Name

Case number (*if known*)

---

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑  No

☐  Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐  No

☐  Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**■  Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

☐  Funds will be available for distribution to unsecured creditors.

☑  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor | **Metropolitan Steel Industries, Inc.** | Case number (*if known*)
Name

---

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  3, 2016**
MM / DD / YYYY

**X** **/s/ David Cool**                                   **David Cool**
Signature of authorized representative of debtor        Printed name

Title    **CFO**

---

**18. Signature of attorney**

**X** **/s/ Charles J. Phillips, Esquire**              Date  **August  3, 2016**
Signature of attorney for debtor                        MM / DD / YYYY

**Charles J. Phillips, Esquire**
Printed name

**Leisawitz Heller Abramowitch Phillips, P.C.**
Firm name

**2755 Century Blvd.**
**Wyomissing, PA 19610**
Number, Street, City, State & ZIP Code

Contact phone   **610-372-3500**        Email address

**39260**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Metropolitan Steel Industries, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  3, 2016**    X **/s/ David Cool**
                                        Signature of individual signing on behalf of debtor

                                        **David Cool**
                                        Printed name

                                        **CFO**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Metropolitan Steel Industries, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..........................................................................................    $     **3,177,000.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*......................................................................................    $     **2,010,106.43**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*........................................................................................    $     **5,187,106.43**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **7,299,804.26**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $     **768,371.07**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................    +$     **13,124,064.35**

4.   Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b     $     **21,192,239.68**

**Fill in this information to identify the case:**

Debtor name    **Metropolitan Steel Industries, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank Operating Acct # 1** | **Checking** | | $350.79 |
| 3.2. | **Citizens Bank Operating Acct # 2** | **Checking** | | $10,153.33 |
| 3.3. | **Wells Fargo Bank Payroll Account** | **Checking** | | $815.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $11,319.12 |
|---|

## Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Metropolitan Steel Industries, Inc.**
_____    Case number *(If known)* _____
          Name

■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **136,776.90** ─ **0.00** = .... **$136,776.90**

 face amount                doubtful or uncollectible accounts

11b. Over 90 days old:    **2,855,090.34** ─ **2,855,090.34** =.... **$0.00**

 face amount                doubtful or uncollectible accounts

11b. Over 90 days old:    **1,247,335.21** ─ **623,667.61** =.... **$623,667.60**

 face amount                doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                        **$760,444.50**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** Rowe RCS printer; Computer monitor and software; Lenovo computer and monitor; Decorative light fixtures; 9 Dell desktops; 4 Dell laptops; 3 American Express machines; Telephone system and additional telephones; | **$52,076.03** | Book value | **$52,076.03** |

Debtor      **Metropolitan Steel Industries, Inc.**                                    Case number *(If known)*
            Name

42.    **Collectibles**  *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                | $52,076.03 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

       ☐ No.  Go to Part 9.
       ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **2014 Dodge Ram 1500 VIN No.**<br>**3C6JR6DG0EG282686** | Unknown | | $14,273.00 |
| 47.2.    **2014 Dodge Ram 1500 VIN No.**<br>**3C6JRDG1EG178563** | Unknown | | $14,273.00 |
| 47.3.    **2014 Dodge Ram 1500 VIN**<br>**No.3C6JR6DG2EG282687** | Unknown | | $14,273.00 |
| 47.4.    **2016 Dodge Ram 1500 VIN No.**<br>**3C6JR6DG5GG109863** | Unknown | | $24,499.00 |
| 47.5.    **2016 Dodge Ram 1500 VIN No.**<br>**3C6JR7DG7GG109966** | Unknown | | $28,095.00 |
| 47.6.    **2016 Dodge Ram 1500 VIN No.**<br>**3C6JR7DG1GG121613** | Unknown | | $28,095.00 |
| 47.7.    **2016 Dodge Ram 1500 VIN No.**<br>**3C6JR6DG4GG131692** | Unknown | | $24,499.00 |
| 47.8.    **2015 Ford F-350 VIN No.**<br>**1FT8X3B66FEA61463** | Unknown | | $19,726.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Metropolitan Steel Industries, Inc.** | Case number (If known) | |
|---|---|---|---|
| | Name | | |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**See Attached List marked as Exhibit "1"**    $1,018,533.78    Book value    $1,018,533.78

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$1,186,266.78

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **601 Fritztown Road Sinking Spring, PA 19608 Parcels Nos. 80437619603823 and 80437619608919** | Fee simple | $3,177,000.00 | Book value | $3,177,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$3,177,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

Debtor    **Metropolitan Steel Industries, Inc.**                              Case number *(If known)* _____
          Name

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** <br> **www.msisteelco.com** | **Unknown** | | **Unknown** |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.    **Total of Part 10.**                                                                      **$0.00**

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                                          Current value of
                                                                                          debtor's interest

71.    **Notes receivable**
       Description (include name of obligor)
       **$100,000.00 Promissory Note owed**         100,000.00   -      100,000.00  =              **$0.00**
       **from Charles P. Farris**                  Total face amount   doubtful or uncollectible amount

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor    **Metropolitan Steel Industries, Inc.**
Name

Case number *(If known)*

**every nature, including counterclaims of the debtor and rights to set off claims**
**Possible litigation against David Markel, NY Union Employee**

**Unknown**

| | |
|---|---|
| Nature of claim | |
| Amount requested | **$0.00** |

---

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

**$0.00**

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

 	■ No
☐ Yes

Debtor   **Metropolitan Steel Industries, Inc.**                             Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $11,319.12 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $760,444.50 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $52,076.03 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,186,266.78 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................................> | | $3,177,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,010,106.43 | + 91b. $3,177,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,187,106.43 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

## Schedule A/B – Exhibit "1"
### No. 50 – Other machinery, fixtures and equipment

Shop Equipment/Amex

Peddinghaus band saw/power unit/training

Airgas Tractor/Cab/WLDR Subarc

2 Gun System - Stud Weld

Paint Equipment

Drill line repair

(25) WLDR MO 650 AMPS

Tractor Subarc

(4) Lincoln WLDR MO 600 AMPS

Shop Equipment

Field Repairs

Service call

Feed Driver Repair

Clamps

Shop Equipment- Airgas East

Shop Equipment

Fuel Air Torch

MIG Gun

(2) Track Burner

Wire Feeder & Power Supply

MIG Gun

Fuel Air Torch

Re-Build Detroit Engine

Peddinghaus Saw

Piston Rod

Pingborn Blast Cleaner

Cleaning and Painting Shop

Philadelphia Tramrail - Paint Shop

Philadelphia Tramrail - Main Shop

Flatbed Trailer #104

Flatbed Trailer #105

Shop Equipment #2

Shop Equipment #3

AI-P&H 10 Ton

Plate Beveler

Carlton Radial Drill

Shopmade Vertical Cambering Mac

Drott Travelift

Template Shop Contents

Grove Cherry Picker

Small Grove Cherry Picker

Shop Equipment #4

Shop Equipment #5

Shop Equipment #6

Mack Tandem Tractor

TCM Forklift Truck FG-201125

Powermax 85 Plasma Cutter

Powder-Actuated Marking Tool

Hydraulic Cylinder Jack - 100 Ton

2014 Capitalized Crane Repairs

BDL1250/4-3 Drill line

K R Wilson Arbor Press

Whitney Flange Press

(2) Double End Grinder

Thomas Beam Punch

Buffalo Bar Shear

Hill Acme #7 Single End Punch

Bickford Radial Drill

Angle Punch/Shear

Do-All Horizontal Band Saw

Angle Shear

(7) JIB Cranes

Shop Equipment - 1

Rush Drill Grinder

Sterling Drill Grinder

Air Compressor

Wright TR Bridge 5 Ton

Wright Bridge Crane 10 Ton

Munck TR Bridge Crane 10 Ton

Shaw Box TR Bridge Crane 10 Ton

(5) P&H Gantry Crane

JIB Crane

Joy Twistair Compressor

Reading TR Bridge Crane 17.5 Ton

Aceco TR Bridge Crane

Drive Gear

Bearing

Spring

**Fill in this information to identify the case:**

Debtor name **Metropolitan Steel Industries, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| **2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Ally Financial** | Describe debtor's property that is subject to a lien | $21,489.79 | $14,273.00 |
|---|---|---|---|---|

**2.1  Ally Financial**
Creditor's Name

**P.O. Box 380901**
**Bloomington, MN 55438**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2014 Dodge Ram 1500 VIN No.**
**3C6JR6DG0EG282686**

Describe the lien
**Auto Loan**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$21,489.79**     Value of collateral: **$14,273.00**

---

**2.2  Ally Financial**
Creditor's Name

**P.O. Box 380901**
**Bloomington, MN 55438**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2014 Dodge Ram 1500 VIN No.**
**3C6JRDG1EG178563**

Describe the lien
**Auto Loan**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$19,062.53**     Value of collateral: **$14,273.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Metropolitan Steel Industries, Inc.**                          Case number (if known) _____
_____
Name

---

| 2.3 | **Ally Financial** | Describe debtor's property that is subject to a lien | $21,489.79 | $14,273.00 |

Creditor's Name

**2014 Dodge Ram 1500 VIN No.3C6JR6DG2EG282687**

**P.O. Box 380901**
**Bloomington, MN 55438**

Creditor's mailing address

**Describe the lien**

**Auto Loan**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Chrysler  Capital** | Describe debtor's property that is subject to a lien | $23,905.05 | $24,499.00 |

Creditor's Name

**2016 Dodge Ram 1500 VIN No. 3C6JR6DG5GG109863**

**P.O. Box 961278**
**Fort Worth, TX 76161-1278**

Creditor's mailing address

**Describe the lien**

**Auto Loan**

**Is the creditor an insider or related party?**

**76161-1278**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Chrysler  Capital** | Describe debtor's property that is subject to a lien | $0.00 | $28,095.00 |

Creditor's Name

**2016 Dodge Ram 1500 VIN No. 3C6JR7DG7GG109966**

**P.O. Box 961278**
**Fort Worth, TX 76161-1278**

Creditor's mailing address

**Describe the lien**

**Auto Loan**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 6

Debtor | **Metropolitan Steel Industries, Inc.**
_____
Name

Case number (if know) _____

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Chrysler  Capital** | | | $30,354.89 | $28,095.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**2016 Dodge Ram 1500 VIN No.**
**3C6JR7DG1GG121613**

**P.O. Box 961278**
**Fort Worth, TX 76161-1278**

Creditor's mailing address

Describe the lien
**Auto Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Chrysler  Capital** | | | $26,164.99 | $24,499.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**2016 Dodge Ram 1500 VIN No.**
**3C6JR6DG4GG131692**

**P.O. Box 961278**
**Fort Worth, TX 76161-1278**

Creditor's mailing address

Describe the lien
**Auto Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Commonwealth of
Pennsylvania** | | | $13,078.24 | $3,177,000.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**601 Fritztown Road**
**Sinking Spring, PA 19608**
**Parcels Nos. 80437619603823 and**
**80437619608919**
**Parcels Nos. 80437619603823 and**
**80437619608919**

**Dept. of Labor and Industry**
**651 Boas Street**
**Harrisburg, PA 17121-0750**

Creditor's mailing address

Describe the lien
**Unemployement Compensation Fund**
**Judgment Lien**

---

Debtor  **Metropolitan Steel Industries, Inc.**
Name

Case number (if know) _____

---

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2015 - 4th Quarter**
**Last 4 digits of account number**
**1365**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**1. D. Michael Hartley and D. Kent Hartley**
**2. First National Bank**
**3. D. Michael Hartley**
**4. D. Kent Hartley**
**5. Commonwealth of Pennsylvania**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **D. Kent Hartley** | Describe debtor's property that is subject to a lien | $361,500.00 | $5,008,054.31 |

Creditor's Name

**601 Fritztown Road**
**Sinking Spring, PA 19608**
**Parcels Nos. 80437619603823 and 80437619608919**

**150 Timberline Lane**
**Butler, PA 16001**

Creditor's mailing address

**Describe the lien**
**Fifth Mortgage and first lien security interest in all assets**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2016**
**Last 4 digits of account number**
**n/a**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.8**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **D. Michael Hartley** | Describe debtor's property that is subject to a lien | $4,590,104.38 | $5,008,054.31 |

Creditor's Name

**601 Fritztown Road**
**Sinking Spring, PA 19608**
**Parcels Nos. 80437619603823 and 80437619608919**

**26135 Fawnwood Court**
**Bonita Springs, FL 34134**

Creditor's mailing address

**Describe the lien**
**Fourth Mortgage and first lien security interest in all assets**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☐ No
☑ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2016**
**Last 4 digits of account number**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor  **Metropolitan Steel Industries, Inc.**

Name

Case number (if know) _____

**n/a**
**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.8**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.11 | **D. Michael Hartley and D. Kent Hartley** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**                     $1,176,911.69        $5,008,054.31

**601 Fritztown Road**
**Sinking Spring, PA 19608**
**Parcels Nos. 80437619603823 and**
**80437619608919**

**26135 Fawnwood Court**
**Bonita Springs, FL 34134**

Creditor's mailing address

**Describe the lien**

**First and Second Mortgagees and first lien**
**security interest in all assets**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☐ No

☑ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

**9/25/2015**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**n/a**
**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.8**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.12 | **First National Bank** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**                     $0.00        $3,177,000.00

**601 Fritztown Road**
**Sinking Spring, PA 19608**
**Parcels Nos. 80437619603823 and**
**80437619608919**

**P.O. Box 31535**
**Tampa, FL 33631**

Creditor's mailing address

**Describe the lien**

**Third Lien Accommodation Mortgage**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

**2016**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Unknown**
**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.8**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.13 | **Ford Motor Credit Company** | | | |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**                     $34,446.11        $19,726.00

---

Debtor    **Metropolitan Steel Industries, Inc.**                                    Case number (if know)
_____
Name

| | |
|---|---|
| Creditor's Name | **2015 Ford F-350 VIN No.** |
| **P.O. Box 17948** | **1FT8X3B66FEA61463** |
| **Greenville, SC 29606** | |
| Creditor's mailing address | Describe the lien |
| | **Auto Loan** |
| **29606** | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ☑ No |
| | ☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
| | ☑ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 4 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $981,296.80 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **940 and 941 Taxes** | | |
| | **1720 Hempstead Road** | | | |
| | **P.O. Box 10128** | | | |
| | **Lancaster, PA 17605** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Statutory Lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☑ No | | |
| | **3/2015 to 3/2016** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **4683** | | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$7,299,804.2 6**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name  and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Metropolitan Steel Industries, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,645.08 | $22,645.08 |

2.1  Priority creditor's name and mailing address

**Berks EIT Bureau**
**1125 Berkshire Blvd.**
**Suite 115**
**Wyomissing, PA 19610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$22,645.08**        Priority amount **$22,645.08**

Date or dates debt was incurred
**11/2015 through 6/2016**

Basis for the claim:
**Taxes - Local Earned Income Tax**

Last 4 digits of account number **4683**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

2.2  Priority creditor's name and mailing address

**Internal Revenue Service**

**Cincinnati, OH 45999**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$547,254.20**        Priority amount **$547,254.20**

Date or dates debt was incurred
**12/2015 to 6/2016**

Basis for the claim:
**941 Taxes**

Last 4 digits of account number **4683**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

2.3  Priority creditor's name and mailing address

**NJ Dept. of Taxation**
**2 Riverside Drive**
**Suite 632**
**Camden, NJ 08103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$19,893.49**        Priority amount **$19,893.49**

Date or dates debt was incurred
**11/2015 through 6/2016**

Basis for the claim:
**Taxes - Employee Withholding**

Last 4 digits of account number **4683**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Metropolitan Steel Industries, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.4** | Priority creditor's name and mailing address
**NYS Dept. of Taxation**
**W.A. Harriman Campus**
**Albany, NY 12227**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$70,737.39** | **$70,737.39**

Date or dates debt was incurred
**11/2015 through 6/2016**

Basis for the claim:
**Taxes - Employee Withholding**

Last 4 digits of account number **4683**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.5** | Priority creditor's name and mailing address
**PA Department of Revenue**
**1 Revenue Place**
**Harrisburg, PA 17108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$68,677.74** | **$68,677.74**

Date or dates debt was incurred
**11/2015 through 6/2016**

Basis for the claim:
**Taxes - Employee Withholding**

Last 4 digits of account number **4683**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.6** | Priority creditor's name and mailing address
**Wilson School District**
**P.O. Box 7625**
**Lancaster, PA 17604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$39,163.17** | **$39,163.17**

Date or dates debt was incurred
**7/2016**

Basis for the claim:
**Taxes - School/Real Estate Taxes**

Last 4 digits of account number **unknown**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** | Nonpriority creditor's name and mailing address
**A.C. Coronato Corporation**
**P.O. Box 506**
**Lyndhurst, NJ 07071**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,512.93**

Date(s) debt was incurred **2014/2015**
Basis for the claim: **Transport of Products**
Last 4 digits of account number **unknown**
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address
**Acme Metals Co.**
**3000 Grand Ave #1**
**Pittsburgh, PA 15225**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$47,516.25**

Date(s) debt was incurred **2014/2015**
Basis for the claim: **Steel Suppler**
Last 4 digits of account number **unknown**
Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Metropolitan Steel Industries, Inc.**
_____
         Name

Case number (if known)   _____

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,833.07** |
|---|---|---|---|

**Advanced Business Equipment**
**1129 Union Blvd.**
**Allentown, PA 18109**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  __2014/2015__

Basis for the claim:  **Copier Monthly Leasing Agreement**

Last 4 digits of account number  __Unknown__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46,289.85** |
|---|---|---|---|

**Airgas East**
**732 Tulpehocket Street**
**Attn: Jack Bordonaro**
**Reading, PA 19601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  __2014/2015__

Basis for the claim:  **Shop Supplier**

Last 4 digits of account number  __unknown__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,669.28** |
|---|---|---|---|

**All Steel Service Inc.**
**305 W. Washington Street**
**Allentown, PA 18102**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  __2014/2015__

Basis for the claim:  **Steel Suppler**

Last 4 digits of account number  __unknown__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,957.04** |
|---|---|---|---|

**Ally**
**P.O. Box 9001948**
**Louisville, KY 40290**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  __2014/2015__

Basis for the claim:  **Steel Supplier**

Last 4 digits of account number  __unknown__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|---|

**American Crane & Equip. Corp**
**531 Old Swede Road**
**Douglassville, PA 19518**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  __2014/2015__

Basis for the claim:  **Crane Training company**

Last 4 digits of account number  __n/a__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**American Express Travel Related Services**
**c/o Michael Hoefs, Esquire**
**Jaffe & Asher LLP**
**600 Third Avenue**
**New York, NY 10016**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Potential Claim arising from civil suit**

Last 4 digits of account number  _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$307.80** |
|---|---|---|---|

**American Inst. of Steel Construction**
**c/o Legacy Professionals LLP**
**Dept 978763**
**P.O. Box 8763**
**Carol Stream, IL 60197-8763**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  __2015__

Basis for the claim:  **Professional Organization**

Last 4 digits of account number  __n/a__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | Metropolitan Steel Industries, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $365,000.00 |
|---|---|---|---|

**American Stair Corporation**
**642 Forestwood Drive**
**Romeoville, IL 60446-1354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2014/2015__

Basis for the claim:  __Stair Fabricator__

Last 4 digits of account number  __unknown__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,386.00 |
|---|---|---|---|

**American Vending Services, Inc.**
**405 Keystone Blvd.**
**BLDG 4-A**
**Pottstown, PA 19464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2015__

Basis for the claim:  __Vending Machine Services__

Last 4 digits of account number  __n/a__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81,083.22 |
|---|---|---|---|

**Amquip Crane Rental LLC**
**P.O. Box 782945**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2014/2015__

Basis for the claim:  __Crane Rental__

Last 4 digits of account number  __unknown__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,040.00 |
|---|---|---|---|

**Axis Steel Detailing Inc.**
**P.O. Box 826**
**Orem, UT 84059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2014/2015__

Basis for the claim:  __Shop Detailer__

Last 4 digits of account number  __unknown__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.06 |
|---|---|---|---|

**BACO Enterprises, Inc.**
**1190 Longwood Avenue**
**Bronx, NY 10474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2014/2015__

Basis for the claim:  __Shop Supplier__

Last 4 digits of account number  __unknown__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,092.50 |
|---|---|---|---|

**Bay Crane Jersey**
**316 Patterson Plank Road**
**East Rutherford, NJ 07073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2014/2015__

Basis for the claim:  __Provided Crane Services__

Last 4 digits of account number  __unknown__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117,030.28 |
|---|---|---|---|

**Bay Crane Service Inc.**
**11-02 43rd Avenue**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2014/2015__

Basis for the claim:  __Provided Crane Services__

Last 4 digits of account number  __unknown__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $493.39 |
|---|---|---|---|

**Berks and Beyond Employment Svc.**
**926 Penn Ave**
**Reading, PA 19610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2014/2015__

Basis for the claim:  __Temp Employment Services__

Last 4 digits of account number  __nAve__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Metropolitan Steel Industries, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.18**

**Nonpriority creditor's name and mailing address**

**Berks Products Corporation**
**Customer Acct Processing**
**167 Berks Products Drive**
**Leesport, PA 19533**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **nAve**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Door Company**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,132.77**

---

**3.19**

**Nonpriority creditor's name and mailing address**

**Bernville Quality Fuels Inc.**
**330 Blair Avenue**
**Reading, PA 19601**

Date(s) debt was incurred  **2014/2015**

Last 4 digits of account number  **Unknown**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Provided Fuel**

Is the claim subject to offset? ☑ No ☐ Yes

**$303.27**

---

**3.20**

**Nonpriority creditor's name and mailing address**

**BIC-Berkley Fire & Marine**
**P.O. Box 204627**
**Dallas, TX 75320-4627**

Date(s) debt was incurred  **2014/2015**

Last 4 digits of account number  **Unknown**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Crane Insurance**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,548.00**

---

**3.21**

**Nonpriority creditor's name and mailing address**

**Birmingham Fastener, Inc.**
**P.O. Box 10323**
**Birmingham, AL 35202**

Date(s) debt was incurred  **2014/2015**

Last 4 digits of account number  **Unknown**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Fastner Supplier**

Is the claim subject to offset? ☑ No ☐ Yes

**$22,966.62**

---

**3.22**

**Nonpriority creditor's name and mailing address**

**Blue Moose Tube**
**1519 Clarkson Road**
**Chesterfield, MO 63017**

Date(s) debt was incurred  **2014/2015**

Last 4 digits of account number  **Unknown**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Supplier**

Is the claim subject to offset? ☑ No ☐ Yes

**$10,460.67**

---

**3.23**

**Nonpriority creditor's name and mailing address**

**Blueline Rental LLC**
**P.O. Box 840062**
**Dallas, TX 75284-0062**

Date(s) debt was incurred  **2014/2015**

Last 4 digits of account number  **Unknown**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Equipment Rental**

Is the claim subject to offset? ☑ No ☐ Yes

**$84,420.52**

---

**3.24**

**Nonpriority creditor's name and mailing address**

**Bushwick Metals LLC**
**P.O. Box 414860**
**Boston, MA 02241-4860**

Date(s) debt was incurred  **2014/2015**

Last 4 digits of account number  **Unknown**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Steel Supplier**

Is the claim subject to offset? ☑ No ☐ Yes

**$65,977.99**

---

**3.25**

**Nonpriority creditor's name and mailing address**

**Cartridge World**
**4748 Penn Avenue**
**Reading, PA 19608**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **Unknown**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Printer Ink Supplier**

Is the claim subject to offset? ☑ No ☐ Yes

**$326.48**

---

Debtor  **Metropolitan Steel Industries, Inc.**
Name

Case number *(if known)*

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$293,406.00** |

**Central Metals, Inc.**
**1054 South 2nd Street**
**Camden, NJ 08103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Sub-Contractor - Erector**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$151,109.21** |

**Certified Steel Co. Inc.**
**1333 Brunswick Pike, Suite 200**
**Lawrence Township, NJ 08648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Steel Supplier**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,250.71** |

**Chapel Steel Company**
**P.O. Box 8500**
**Box 4106**
**Philadelphia, PA 19178-4106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Steel Supplier**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,566.68** |

**Choice Communications**
**370 West main Avenue**
**Myerstown, PA 17067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Telephone Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Christopher and Elizabeth Caral**
**c/o Ari R. Karpf, Esquire**
**3331 Street Rd.**
**Two Greenwood Square, Suite 128**
**Bensalem, PA 19020**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **Potential Claim arising from civil suit**

Last 4 digits of account number  **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,887.45** |

**Chrysler Capital**
**P.O. Box 660335**
**Dallas, TX 75266-0335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Financing company for truck (surrender)**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**CIA Company**
**Attn: Ryan L. Luggen**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **_**

Last 4 digits of account number  **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$616.88** |

**Cintas Corporation LOC 101**
**P.O. Box 636165**
**Cincinnati, OH 45263-0803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Cintas**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Metropolitan Steel Industries, Inc.**
_____
Name

Case number (if known) _____

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$3,000.00** |
|---|---|---|---|

**Cintas Fire Protection**
**P.O. Box 636525**
**Cincinnati, OH 45263-5250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Fire Extinguishers**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$36,950.00** |
|---|---|---|---|

**CNA Insurance**
**100 Matsonford Rd**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Workers Comp. Insurance**

Last 4 digits of account number  **dnor,9087**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,272.91** |
|---|---|---|---|

**Colonial Electric Supply Co.**
**P.O. Box 414564**
**Boston, MA 02241-4564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Electric Supplier**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$6,637.88** |
|---|---|---|---|

**Control Associates & Mfg LLC**
**1452 Woodlot Road**
**Manheim, PA 17545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Provided Labor/Parts**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$9,204.00** |
|---|---|---|---|

**Copeland Surveying, Inc.**
**707 Whitehorse Pike, Suite B-3**
**Absecon, NJ 08201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Surveyor**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$272.50** |
|---|---|---|---|

**CPA Technology**
**101 W. Elm Street**
**Suite 500**
**Conshohocken, PA 19428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Accounting Software**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$49,820.00** |
|---|---|---|---|

**Cresco Lines, Inc.**
**15220 S. Halsted Street**
**Harvey, IL 60426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Transport of Products**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$296.00** |
|---|---|---|---|

**CT Corporation**
**P.O. Box 4349**
**Carol Stream, IL 60197-4349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Supplier**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Metropolitan Steel Industries, Inc.**
_____      Case number (if known) _____
Name

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,091.00** |
|---|---|---|---|

**Custom Welding, Inc.**
**847 State Route 12**
**Frenchtown, NJ 08825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Shop Supplier**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,240,000.00** |
|---|---|---|---|

**D. Kent Hartley**
**150 Timberline Lane**
**Butler, PA 16001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/7/2014 to 2/24/2016**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,315,000.00** |
|---|---|---|---|

**D. Michael Hartley**
**26135 Fawnwood Court**
**Bonita Springs, FL 34134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/7/2014 to 2/24/2016**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,605.54** |
|---|---|---|---|

**Diesel Service, Inc.**
**150 Lehigh Street**
**Reading, PA 19601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Repairs to Diesel Engines**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,541.60** |
|---|---|---|---|

**Dillon McCandless Ling Coulter**
**128 West Cunningham Street**
**Butler, PA 16001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Attorneys at Law - Provided Legal Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$70,841.10** |
|---|---|---|---|

**Discount Metal Inc.**
**29110 Anderson Road**
**Wickliffe, OH 44092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Steel Supplier**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$557.57** |
|---|---|---|---|

**Doyle Structural Solutions, LLC**
**1140 N. Fifth Street**
**Stroudsburg, PA 18360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Shop Supplier**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22,827.77** |
|---|---|---|---|

**DRM Associates Inc**
**4334 Hanover Pike**
**Manchester, MD 21102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Supplier**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Metropolitan Steel Industries, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.50**

**Nonpriority creditor's name and mailing address**

**Durrett Sheppard Steel**
**P.O. Box 758656**
**Baltimore, MD 21275-8656**

Date(s) debt was incurred  **2014/2015**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Steel Supplier**

Is the claim subject to offset? ☑ No ☐ Yes

**$16,182.00**

---

**3.51**

**Nonpriority creditor's name and mailing address**

**E-ZPass**
**NJ E-ZPass**
**Violations Processing Center**
**P.O. Box 4971**
**Trenton, NJ 08650**

Date(s) debt was incurred  **2014/2015**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tolls**

Is the claim subject to offset? ☑ No ☐ Yes

**$31.00**

---

**3.52**

**Nonpriority creditor's name and mailing address**

**E.W. Howell Co., LLC**
**245 Newtown Rd.**
**Suite 600**
**Plainview, NY 11803**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Poetntial claim arising from civil suit**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.53**

**Nonpriority creditor's name and mailing address**

**Elizabethtown Gas**
**P.O. Box 5412**
**Carol Stream, IL 60197-5412**

Date(s) debt was incurred  **2014/2015**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gas utilities**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,013.47**

---

**3.54**

**Nonpriority creditor's name and mailing address**

**ERICO**
**3138 Paysphere Circle**
**Chicago, IL 60674**

Date(s) debt was incurred  **2014/2015**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Steel Supplier**

Is the claim subject to offset? ☑ No ☐ Yes

**$199.68**

---

**3.55**

**Nonpriority creditor's name and mailing address**

**EW Wylie Corporation**
**Rend 7252 Southern Center**
**Chicago, IL 60677-7002**

Date(s) debt was incurred  **2014/2015**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shop Supplier**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,002.15**

---

**3.56**

**Nonpriority creditor's name and mailing address**

**Fastenal Company**
**P.O. Box 1286**
**Winona, MN 55987-1286**

Date(s) debt was incurred  **2014/2015**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fastner Supplier**

Is the claim subject to offset? ☑ No ☐ Yes

**$16,638.53**

---

**3.57**

**Nonpriority creditor's name and mailing address**

**Fed Ex**
**P.O. Box 371461**
**Pittsburgh, PA 15250-7461**

Date(s) debt was incurred  **2014/2015**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Delivery Charges**

Is the claim subject to offset? ☑ No ☐ Yes

**$11.00**

---

| Debtor | Metropolitan Steel Industries, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00**

**First National Bank**
P.O. Box 31535
Tampa, FL 33631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Credit Card**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,596.25**

**Fisher's Rental**
2698 Bernville Road
Winona, MN 55987-1286

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

**Basis for the claim:**  **Rental Equipment**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$897.58**

**Ford Credit**
Box 220564
Pittsburgh, PA 15257-2564

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

**Basis for the claim:**  **Truck Financing**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00**

**Freightquote.com, Inc.**
901 West Carondelt Drive
Kansas City, MO 64114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

**Basis for the claim:**  **Transport of Products**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$197,101.46**

**Frontier Steel Co.**
P.O. Box 71431
Chicago, IL 60694

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

**Basis for the claim:**  **Steel Supplier**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$786.89**

**George Hill Systems**
573 Fancy Hill Road
Boyertown, PA 19512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

**Basis for the claim:**  **Stationary Supplier**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,089.32**

**Global Steel Detailing**
AV. De Los Shyris 3110 Y Pasaje Eiffel
Office 203
Quito-Ecuador

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

**Basis for the claim:**  **Detailer**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,817.29**

**Grainer Inc.**
Dept 827725920
Palatine, IL 60038-0010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

**Basis for the claim:**  **Shop Supplier**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Metropolitan Steel Industries, Inc.**
　　　　Name

Case number (if known) _____

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$44,281.00** |
|------|------|------|------|

**Nonpriority creditor's name and mailing address**
**Greiner Industries Inc.**
**1650 Steel Way**
**Mount Joy, PA 17552**

Date(s) debt was incurred  **2014/2015**
Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$44,281.00**

---

| 3.67 |

**Nonpriority creditor's name and mailing address**
**H.R. Direct**
**PO Box 668220**
**Pompano Beach, FL 33066-8220**

Date(s) debt was incurred  **2014/2015**
Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Poster Supplier**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$395.92**

---

| 3.68 |

**Nonpriority creditor's name and mailing address**
**Harris-Camden Term Equip, Inc.**
**2201 mt. Ephraim Avenue**
**Camden, NJ 08104**

Date(s) debt was incurred  **Trucker**
Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Transport of Products**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$1,415.00**

---

| 3.69 |

**Nonpriority creditor's name and mailing address**
**Haydon Bolts Inc.**
**1181 Unity Street**
**Philadelphia, PA 19124-3196**

Date(s) debt was incurred  **2014/2015**
Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bolt Supplier**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$16,077.91**

---

| 3.70 |

**Nonpriority creditor's name and mailing address**
**Health America**
**P.O. Box 6506**
**Carol Stream, IL 60197-6506**

Date(s) debt was incurred  **2014/2015**
Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Health Insurer**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$12,670.77**

---

| 3.71 |

**Nonpriority creditor's name and mailing address**
**Herbein & Co. Inc.**
**2763 Century Blvd.**
**Wyomissing, PA 19610**

Date(s) debt was incurred  **2014/2015/2016**
Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting Services**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$235,136.00**

---

| 3.72 |

**Nonpriority creditor's name and mailing address**
**HILTI Inc.**
**P.O. Box 382002**
**Pittsburgh, PA 15250-8002**

Date(s) debt was incurred  **2014/2015**
Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Connector Supplier**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$6,482.33**

---

| 3.73 |

**Nonpriority creditor's name and mailing address**
**HR Evans Steel Co.**
**Bldg N. Unit #2**
**755 Boardman Canfield Road**
**Youngstown, OH 44512**

Date(s) debt was incurred  **2014/2015**
Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Steel Supplier**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$355,482.43**

Debtor  **Metropolitan Steel Industries, Inc.**
Name

Case number (if known) _____

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,549.82** |
|---|---|---|---|

**IMAGEZE, Inc.**
**P.O. Box 151**
**Reading, PA 19603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Internet**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$554,333.57** |
|---|---|---|---|

**Infra-Metals Co.**
**P.O. Box 409828**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Steel Supplier**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,370.00** |
|---|---|---|---|

**J Grady Randolph Inc.**
**P.O. Box 2128**
**Gaffney, SC 29342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Transport of Products**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,410.90** |
|---|---|---|---|

**Jessi G's Enterprises, Inc.**
**1542 Philadelphia Street**
**Indiana, PA 15701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Transport of Products**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,500.00** |
|---|---|---|---|

**John F. Eberth Associated, Inc.**
**81 West Lake Shore Drive**
**Rockaway, NJ 07866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Supplier**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$327.85** |
|---|---|---|---|

**JV Warehouse Solutions**
**P.O. Box 3339**
**Fullerton, CA 92834-3339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Shop Supplier**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,550.00** |
|---|---|---|---|

**Kelly Springfield Trucking**
**1300 Lower Road**
**P.O. Box 4066**
**Linden, NJ 07036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Tires**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,203,736.15** |
|---|---|---|---|

**Kenvil United Corp**
**P.O. Box 32**
**Wharton, NJ 07885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Erector Supplies**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Metropolitan Steel Industries, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.82**  Nonpriority creditor's name and mailing address

**L.W. Martin Truck Repair**
152 W. Church Road
Lititz, PA 17543

Date(s) debt was incurred __2014/2015__

Last 4 digits of account number __Unknown__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Truck repairs__

Is the claim subject to offset?  ☑ No   ☐ Yes

**$876.00**

---

**3.83**  Nonpriority creditor's name and mailing address

**Lamont Hanley & Associates, Inc.**
Corp. Headquarters
1138 Elm Street
Manchester, NH 03101

Date(s) debt was incurred __2014/2015__

Last 4 digits of account number __Unknown__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Collection Agency -General Liability for year end
audit__

Is the claim subject to offset?  ☑ No   ☐ Yes

**$12,577.00**

---

**3.84**  Nonpriority creditor's name and mailing address

**Lancaster Foundry Supply Co.**
2314 Norman Road
Lancaster, PA 17601

Date(s) debt was incurred __2014/2015__

Last 4 digits of account number __Unknown__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Shop Supplies__

Is the claim subject to offset?  ☑ No   ☐ Yes

**$18,525.50**

---

**3.85**  Nonpriority creditor's name and mailing address

**Lenovo Financial Services**
21146 Network Place
Chicago, IL 60673-1211

Date(s) debt was incurred __2014/2015__

Last 4 digits of account number __Unknown__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Computers__

Is the claim subject to offset?  ☑ No   ☐ Yes

**$650.53**

---

**3.86**  Nonpriority creditor's name and mailing address

**Liedtka Logistics LLC**
One PGT Way
Monaca, PA 15061

Date(s) debt was incurred __2014/2015__

Last 4 digits of account number __Unknown__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Transport of Products__

Is the claim subject to offset?  ☑ No   ☐ Yes

**$49,720.00**

---

**3.87**  Nonpriority creditor's name and mailing address

**LNP Media Group, Inc.**
P.O. Box 3999
Lancaster, PA 17604-3999

Date(s) debt was incurred __2014/2015__

Last 4 digits of account number __Unknown__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Employee Ads__

Is the claim subject to offset?  ☑ No   ☐ Yes

**$1,731.37**

---

**3.88**  Nonpriority creditor's name and mailing address

**Local 11**
12 Edison Place
Springfield, NJ 07081

Date(s) debt was incurred __2014/2015__

Last 4 digits of account number __Unknown__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Union Dues__

Is the claim subject to offset?  ☑ No   ☐ Yes

**$45,368.45**

---

**3.89**  Nonpriority creditor's name and mailing address

**Local 14-14B Fund Office**
141-57 Northern Blvd
Flushing, NY 11354

Date(s) debt was incurred __2014/2015__

Last 4 digits of account number __Unknown__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Union Dues__

Is the claim subject to offset?  ☑ No   ☐ Yes

**$45,368.45**

---

| Debtor | **Metropolitan Steel Industries, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,991.45** |
|---|---|---|---|

**Local 15**
44-10 11th Street
Long Island City, NY 11201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Union Dues**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,128.55** |
|---|---|---|---|

**Local 18**
35-30 Francis Lewis Blvd.
Flushing, NY 11358

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Union Dues**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$228,257.67** |
|---|---|---|---|

**Local 40, 361 & 417**
451 Park Avenue South 9th Floor
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Union Dues**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,267.24** |
|---|---|---|---|

**Local 542**
1375 Virginia Drive
Fort Washington, PA 19034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Union Dues**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,990.80** |
|---|---|---|---|

**Local 580**
501 W. 42nd Street
New York, NY 10063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Union dues**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,289.04** |
|---|---|---|---|

**Local 825**
65 Springfield Avenue
2nd Floor
Springfield, NJ 07081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Union Dues**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Loomis Company- PCW**
850 N Park Rd,
Wyomissing, PA 19610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Insurance Broker**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,751.78** |
|---|---|---|---|

**Lowes Business Account/GECF**
P.O. Box 530970
Atlanta, GA 30353-0970

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **hardward supplies - credit card**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Metropolitan Steel Industries, Inc.**

Name

Case number (if known)

| | | |
|---|---|---|
| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$61,270.00** |

| 3.98 | **Nonpriority creditor's name and mailing address**<br>**LTC Inc.**<br>**1115 Inidustrial Drive**<br>**West Salem, WI 54669**<br><br>Date(s) debt was incurred  **2014/2015**<br>Last 4 digits of account number  **Unknown** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Retailer**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$61,270.00** |
|---|---|---|
| 3.99 | **Nonpriority creditor's name and mailing address**<br>**Lynchburg Freight & Spec. LLC**<br>**2940 Fulks Street**<br>**Lynchburg, VA 24501**<br><br>Date(s) debt was incurred  **2014/2015**<br>Last 4 digits of account number  **Unknown** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Transport of Products**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$41,240.00** |
| 3.100 | **Nonpriority creditor's name and mailing address**<br>**Macintosh Engineering**<br>**2 Mill Road**<br>**Suite 100**<br>**Wilmington, DE 19806**<br><br>Date(s) debt was incurred  **2014/2015**<br>Last 4 digits of account number  **Unknown** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Engineer related work**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$12,935.00** |
| 3.101 | **Nonpriority creditor's name and mailing address**<br>**Mack Employment Services, Inc.**<br>**2834 Shillington Road RT 724**<br>**Reading, PA 19608**<br><br>Date(s) debt was incurred  **2014/2015**<br>Last 4 digits of account number  **Unknown** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Employment Services**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$456.73** |
| 3.102 | **Nonpriority creditor's name and mailing address**<br>**Marlin Business Bank**<br>**P.O. Box 13604**<br>**Philadelphia, PA 19101-3604**<br><br>Date(s) debt was incurred  **2014/2015**<br>Last 4 digits of account number  **Unknown** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Copy Machine Bank**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$307.77** |
| 3.103 | **Nonpriority creditor's name and mailing address**<br>**MassMutual Financial Group**<br>**306 Kricks Mill Road**<br>**Robesonia, PA 19551**<br><br>Date(s) debt was incurred  **2014/2015**<br>Last 4 digits of account number  **Unknown** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Life Insurance preimum for Leslie Hynes**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$5,827.77** |
| 3.104 | **Nonpriority creditor's name and mailing address**<br>**McMaster-Carr Supply Co.**<br>**P.O. Box 7690**<br>**Chicago, IL 60680-7690**<br><br>Date(s) debt was incurred  **2014/2015**<br>Last 4 digits of account number  **Unknown** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Shop Supplier**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$747.76** |
| 3.105 | **Nonpriority creditor's name and mailing address**<br>**Metals USA Plates & Shapes**<br>**P.O. Box 827110**<br>**Philadelphia, PA 19182**<br><br>Date(s) debt was incurred  **2014/2015**<br>Last 4 digits of account number  **Unknown** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Steel Supplier**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$412,141.11** |

Debtor  **Metropolitan Steel Industries, Inc.**
    Name

Case number (*if known*)

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$132,944.02** |
|---|---|---|---|

**Michelman-Cancelliere Iron Works, Inc.**
**7230 Beth-Bath Pike**
**Bath, PA 18014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _2014/2015_

Basis for the claim:  __Steel Fabricator__

Last 4 digits of account number  __Unknown__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$906.30** |
|---|---|---|---|

**Mike Sweigart Landscaping**
**306 Kricks Mill Road**
**Robesonia, PA 19551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _2014/2015_

Basis for the claim:  __Landscaper__

Last 4 digits of account number  __Unknown__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$855.42** |
|---|---|---|---|

**Modular Space Corporation**
**12603 Collections Center Drive**
**Chicago, IL 60693-0126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _2014/2015_

Basis for the claim:  __Trailer Rental__

Last 4 digits of account number  __Unknown__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,665.00** |
|---|---|---|---|

**Motco Logistics LLC**
**6547 Hollenbach Road**
**New Tripoli, PA 18066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _2014/2015_

Basis for the claim:  __Transport of Products__

Last 4 digits of account number  __Unknown__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,750.00** |
|---|---|---|---|

**Moyer Transport LLC**
**6547 Hollenbach Road**
**New Tripoli, PA 18066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _2014/2015_

Basis for the claim:  __Transport of Products__

Last 4 digits of account number  __Unknown__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,247.22** |
|---|---|---|---|

**MSC Industrial Supply Co. Inc.**
**Dept CH 0075**
**Palatine, IL 60055-0075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _2014/2015_

Basis for the claim:  __Shop Supplier__

Last 4 digits of account number  __Unknown__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,465.69** |
|---|---|---|---|

**New Jersey Galv & Tinning**
**139 Haynes Avenue**
**Newark, NJ 07114-2286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _2014/2015_

Basis for the claim:  __Galvanized Tin.__

Last 4 digits of account number  __Unknown__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$390,098.20** |
|---|---|---|---|

**Nitterhouse Concrete**
**P.O. Box 2013**
**Chambersburg, PA 17201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _2014/2015_

Basis for the claim:  __Brickhouse panel supplier__

Last 4 digits of account number  __Unknown__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | Metropolitan Steel Industries, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.114** | **Nonpriority creditor's name and mailing address**

Nobel Equipment & Supply Co., Inc.
1920 U.S. HWY #1
Linden, NJ 07036

Date(s) debt was incurred __2014/2015__

Last 4 digits of account number __Unknown__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Equipment Rental__

Is the claim subject to offset? ☑ No ☐ Yes

**$12,791.55**

---

**3.115** | **Nonpriority creditor's name and mailing address**

Northeast Gas Services, Inc.
27 McDermott Place
Bergenfield, NJ 07621

Date(s) debt was incurred __2014/2015__

Last 4 digits of account number __Unknown__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Fuel Energy__

Is the claim subject to offset? ☑ No ☐ Yes

**$5,172.01**

---

**3.116** | **Nonpriority creditor's name and mailing address**

Northern Monmouth Regional Surgery Cent.
195 Route 9 South
Suite 210
Englishtown, NJ 07726

Date(s) debt was incurred __2014/2015__

Last 4 digits of account number __Unknown__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Worker's Comp Medical bills for sub-contractor__

Is the claim subject to offset? ☑ No ☐ Yes

**$21,614.00**

---

**3.117** | **Nonpriority creditor's name and mailing address**

NYC Department of Finance
Parking Violations
Church Street Station
P.O. Box 3600
New York, NY 10008

Date(s) debt was incurred __2014/2015__

Last 4 digits of account number __Unknown__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Parking Tickets__

Is the claim subject to offset? ☑ No ☐ Yes

**$60.00**

---

**3.118** | **Nonpriority creditor's name and mailing address**

NYSTROM
NW 7845
P.O. Box 1450
Minneapolis, MN 55485-7845

Date(s) debt was incurred __2014/2015__

Last 4 digits of account number __Unknown__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Supplier of Steel Thread__

Is the claim subject to offset? ☑ No ☐ Yes

**$2,230.45**

---

**3.119** | **Nonpriority creditor's name and mailing address**

Omega Steel Products, Inc.
P.O. Box 849
1147 County Road 48
Jemison, AL 35085

Date(s) debt was incurred __2014/2015__

Last 4 digits of account number __Unknown__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Steel Fabrication__

Is the claim subject to offset? ☑ No ☐ Yes

**$69,331.00**

---

**3.120** | **Nonpriority creditor's name and mailing address**

Owens Steel Company Inc.
727 Mauney Drive
Columbia, SC 29201

Date(s) debt was incurred __2014/2015__

Last 4 digits of account number __Unknown__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Steel Fabricator__

Is the claim subject to offset? ☑ No ☐ Yes

**$1,575,666.48**

---

| Debtor | **Metropolitan Steel Industries, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.121**

Nonpriority creditor's name and mailing address

**PA Turnpike**
**Toll By Plate**
**8000C Derry Street**
**Harrisburg, PA 17111**

Date(s) debt was incurred **2014/2015**

Last 4 digits of account number **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tolls**

Is the claim subject to offset? ☑ No ☐ Yes

**$419.50**

---

**3.122**

Nonpriority creditor's name and mailing address

**Penteledata**
**P.O. Box 401**
**Palmerton, PA 18071**

Date(s) debt was incurred **2014/2015**

Last 4 digits of account number **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Cable NJ Office**

Is the claim subject to offset? ☑ No ☐ Yes

**$92.47**

---

**3.123**

Nonpriority creditor's name and mailing address

**PGT Trucking, Inc**
**One PGT Way**
**Monaca, PA 15061**

Date(s) debt was incurred **2014/2015**

Last 4 digits of account number **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Transport of Products**

Is the claim subject to offset? ☑ No ☐ Yes

**$74,256.75**

---

**3.124**

Nonpriority creditor's name and mailing address

**Philadelphia Ball**
**P.O. Box 37015**
**Philadelphia, PA 19122-0715**

Date(s) debt was incurred **2014/2015**

Last 4 digits of account number **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shop Parts**

Is the claim subject to offset? ☑ No ☐ Yes

**$224.46**

---

**3.125**

Nonpriority creditor's name and mailing address

**Praxair Dist. Mid-Atlantic**
**P.O. Box 382000**
**Pittsburgh, PA 15250-8000**

Date(s) debt was incurred **2014/2015**

Last 4 digits of account number **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shop Parts supplies**

Is the claim subject to offset? ☑ No ☐ Yes

**$36,669.23**

---

**3.126**

Nonpriority creditor's name and mailing address

**Premier Trailer Leasing**
**401 E. Corporate Drive**
**Suite 252**
**Lewisville, TX 75057**

Date(s) debt was incurred **2014/2015**

Last 4 digits of account number **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trailer Leasing**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,454.00**

---

**3.127**

Nonpriority creditor's name and mailing address

**Print-O-Stat, Inc.**
**P.O. Box 15055**
**York, PA 17405-7046**

Date(s) debt was incurred **2014/2015**

Last 4 digits of account number **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Check Printing**

Is the claim subject to offset? ☑ No ☐ Yes

**$603.56**

---

**3.128**

Nonpriority creditor's name and mailing address

**Quinco Contracting & Maint. Inc.**
**842 Arrowhead Lane**
**Harleysville, PA 19438**

Date(s) debt was incurred **2014/2015**

Last 4 digits of account number **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Erector**

Is the claim subject to offset? ☑ No ☐ Yes

**$63,000.00**

---

Debtor   **Metropolitan Steel Industries, Inc.**
_____
Name

Case number (if known)  _____

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,572.50** |
|---|---|---|---|

**R&F Excavating Co. Inc.**
**821 Mountain Home Rd**
**Sinking Spring, PA 19608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

**Basis for the claim:**  **Snow Removal**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset?  ☑ No   ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,036.90** |
|---|---|---|---|

**R&R Wood Products, Inc.**
**P.O. Box 51065**
**Mainland, PA 19451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

**Basis for the claim:**  **Wood Blocking supply**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset?  ☑ No   ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,537.28** |
|---|---|---|---|

**Reading Crane and Engineering**
**11 Vanguard Drive**
**Reading, PA 19606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

**Basis for the claim:**  **Crane Repairs**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset?  ☑ No   ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,774.20** |
|---|---|---|---|

**Reading Eagle Company**
**P.O. Box 582**
**Reading, PA 19603-0582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

**Basis for the claim:**  **Advertising**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset?  ☑ No   ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,433.75** |
|---|---|---|---|

**Reading Electrical**
**80 Witman Road**
**Reading, PA 19605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

**Basis for the claim:**  **Electrical Supplies**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset?  ☑ No   ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$319.00** |
|---|---|---|---|

**Reading Hospital & Medical Center**
**Occupational Health**
**1000 Tuckerton Court**
**Reading, PA 19605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

**Basis for the claim:**  **Drug Testing**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset?  ☑ No   ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,438.15** |
|---|---|---|---|

**RED-D-ARC, Inc.**
**1513 S. Washington Avenue**
**Piscataway, NJ 08854-3815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

**Basis for the claim:**  **Welding Supplies**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset?  ☑ No   ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,392.46** |
|---|---|---|---|

**Riverside Auto & Equipment**
**Sales, LLC  & Towing Service**
**434 T. Bishiop Road**
**Jonesville, SC 29353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Unknown**

**Basis for the claim:**  **Repairs to Auto**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset?  ☑ No   ☐ Yes

---

| Debtor | Metropolitan Steel Industries, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.137** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,405.03**

**Robert Half Finance & Account**
**P.O. Box 743295**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2014/2015__

Basis for the claim:  **Employment Personel Fee**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Robert Weyrauch**
**c/o Sacks & Sacks LLP**
**150 Broadway, 4th Floor**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **Potential claim arising from civil suit**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$47,730.61**

**Ronstand Rods**
**45 High Point Avenue, Suite 2**
**Portsmouth, RI 02871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2014/2015__

Basis for the claim:  **Rod Supplier**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,423.17**

**Saw Service & Supply, Inc.**
**11925 Zelis Road**
**Cleveland, OH 44135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2014/2015__

Basis for the claim:  **Saw blade supplier**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29.45**

**Sherwin-Williams**
**1620 North 3rd Street**
**Reading, PA 19601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Unknown**

Basis for the claim:  **paint**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40,000.00**

**Sideplate Systems, Inc.**
**25909 Pala Suite 200**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2014/2015__

Basis for the claim:  **Licensing Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,441.52**

**Solve it Solutions, LLC**
**711 Spring Street, Sute 101**
**Reading, PA 19610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **I.T. Support**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$79.04**

**Staples Advantage**
**Dept PHL**
**P.O. Box 415256**
**Boston, MA 02241-5256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2014/2015__

Basis for the claim:  **Credit Card - Office Supplies**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **Metropolitan Steel Industries, Inc.**
            Name                                                    Case number *(if known)*

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$263,479.05** |

**Steel Dynamics Structural Div.**
**36260 Treasury Center**
**Chicago, IL 60669-4000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

**Basis for the claim:**  **Steel Suppler**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Stephen J. Hynes**
**c/o Ronald L. Israel**
**Chiesa Shahinian & Giantomasi PC**
**One Boland Drive**
**West Orange, NJ**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Potential claim arising from civil suit**

Last 4 digits of account number  **7052**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,756.00** |

**Stevens & Lee**
**P.O. Box 679**
**Reading, PA 19603-0679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

**Basis for the claim:**  **Attorneys at Law - Provided Legal Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110,031.02** |

**Stradley Ronon**
**Stevens & Young, LLP**
**2005 Market Street STE 2600**
**Philadelphia, PA 19103-7018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

**Basis for the claim:**  **Attorneys at Law - Provided Legal Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$562.00** |

**Suburban Testing Labs**
**1037F Macarthur Road**
**Reading, PA 19605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

**Basis for the claim:**  **Water Testing**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$887.50** |

**Taylor Oil Company**
**P.O. Box 974**
**Somerville, NJ 08876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

**Basis for the claim:**  **Fuel Equipment**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,750.00** |

**The Angell Pension Group, Inc**
**88 Boyd Avenue**
**East Providence, RI 02914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

**Basis for the claim:**  **Assistance with closing out pension fund**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00** |

**The Heavey Group, LLC**
**122 Lakewood Drive**
**Coatesville, PA 19320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

**Basis for the claim:**  **Supplier of Printer and Drawing Maint.**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Metropolitan Steel Industries, Inc.**
     Name                                     Case number (if known)

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,200.00** |
|---|---|---|---|

**The Rose Corporation**
**P.O. Box 15208**
**Reading, PA 19612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Steel Supplier**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$986,230.88** |
|---|---|---|---|

**Thornton Tomaestti, Inc.**
**P.O. Box 781187**
**Philadelphia, PA 19178-1187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Steel Supplier**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101,859.10** |
|---|---|---|---|

**Total Quality Logistics**
**P.O. Box 799**
**Milford, OH 45150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Transport of Products**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,308.33** |
|---|---|---|---|

**Tri-State Shearing & Bending**
**366 Herzl Street**
**Brooklyn, NY 11212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Steel Supplier**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$736.74** |
|---|---|---|---|

**Tru-Fit Products/Truweld**
**460 Lake Road**
**Medina, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Welding Supplier**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$219.59** |
|---|---|---|---|

**Uline**
**P.O. Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Shop Supplies**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$182,900.00** |
|---|---|---|---|

**UMOJA Erectors LLC**
**924 North 19th Street**
**Philadelphia, PA 19130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Erectors**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,250.00** |
|---|---|---|---|

**Uninsured Employers Fund**
**WCB Finance**
**328 State Street**
**Schenectady, NY 12305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014/2015**

Basis for the claim:  **Penalties**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | Metropolitan Steel Industries, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,922.80 |
|---|---|---|---|

**United Concordia**
P.O. Box 504.66
Philadelphia, PA 19182-7399

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2014/2015**

Basis for the claim: **Dental Insurance**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.26 |
|---|---|---|---|

**United Parcel Service**
P.O. Box 7247-0244
Philadelphia, PA 19170

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Unknown**

Basis for the claim: **Delivery Service**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $184,545.60 |
|---|---|---|---|

**United Rentals**
P.O. Box 100711
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2014/2015**

Basis for the claim: **Rental Equipment**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $948.16 |
|---|---|---|---|

**USABLE LIFE**
Customer Accounts
P.O. Box 204678
Dallas, TX 75320-4678

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2014/2015**

Basis for the claim: **Life Insurance**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,199.92 |
|---|---|---|---|

**Vanguard Cleaning Systems**
121 N. Cedar Crest Blvd.
Allentown, PA 18104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2014/2015**

Basis for the claim: **Office Cleaning**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,542.00 |
|---|---|---|---|

**Vectorshades, LLC**
2010 Corporate Ridge
Suite 700
Mc Lean, VA 22102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2014/2015**

Basis for the claim: **unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $595.13 |
|---|---|---|---|

**Verizon**
P.O. Box 25505
Lehigh Valley, PA 18002-5505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2014/2015**

Basis for the claim: **Cell Phone**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,773.56 |
|---|---|---|---|

**Voss Engineering, Inc.**
P.O. Box 88497
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2014/2015**

Basis for the claim: **Steel Supplier**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Metropolitan Steel Industries, Inc.** | Case number (if known) | |
|--------|------|------|------|
| | Name | | |

---

**3.169** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$456,726.31**

**Vulcraft of New York, Inc.**
P.O. Box 500230
Philadelphia, PA 19182

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __2014/2015__
Basis for the claim: __Deck maint. supplier__

Last 4 digits of account number __Unknown__
Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.14**

**Water Guy**
2 East Point Drive
Birdsboro, PA 19508

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __2014/2015__
Basis for the claim: __Water Supplier__

Last 4 digits of account number __Unknown__
Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,168.64**

**Weinstock Brothers Corporation**
140 E. Mineola Avenue
Valley Stream, NY 11580

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __2015__
Basis for the claim: __Bolts supplier__

Last 4 digits of account number __Unknown__
Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$512.47**

**Wells Fago**
P.O. Box 5169
Sioux Falls, SD 57117

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __2014/2015__
Basis for the claim: __Credit Card__

Last 4 digits of account number __Unknown__
Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,400.00**

**West Motor Freight**
P.O. Box 62891
Baltimore, MD 21264

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __2014/2015__
Basis for the claim: __Transport of Products__

Last 4 digits of account number __Unknown__
Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,361.05**

**Wex Bank**
P.O. Box 3440
Boston, MA 02241

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __Various dates__
Basis for the claim: __

Last 4 digits of account number __5418__
Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$663.70**

**Young's Certified Water**
19 Overlook Drive
Ephrata, PA 17522

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __2015__
Basis for the claim: __Certified Water__

Last 4 digits of account number __Unknown__
Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$92,399.00**

**Youngtown Pipe & Steel, LLC**
45 S. Montgomery Avenue
Youngstown, OH 44506-2965

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __2014/2015__
Basis for the claim: __Steel Supplier__

Last 4 digits of account number __Unknown__
Is the claim subject to offset? ☑ No  ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

Debtor    **Metropolitan Steel Industries, Inc.**                              Case number (if known) _____
              Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Capital Recovery Group, LLC**<br>**Attn: Steve Papillo**<br>**1654 King Street**<br>**Enfield, CT 06082** | Line __<br><br>☑ Not listed. Explain **Requested Notice of Sale and other activities** ____ | __ |
| 4.2 | **CIA Company**<br>**Attn: Ryan L. Luggen**<br>**Business Development Executive**<br>**2020 Dunlap Street**<br>**Cincinnati, OH 45214** | Line __<br><br>☑ Not listed. Explain **Requested Notice of Sale and other activities** ____ | __ |
| 4.3 | **David J. Pfeffer, Esquire**<br>**Tarter Kinsky & Drogin LLP**<br>**1350 Broadway**<br>**New York, NY 10018** | Line **3.16**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Health Industrial**<br>**Attn: Stephen Stabiner**<br>**Director of Auction & Appraisal Services**<br>**460 Irmen Drive**<br>**Addison, IL 60101** | Line __<br><br>☑ Not listed. Explain **Requested Notice of Sale and other activities** ____ | __ |
| 4.5 | **Industrial Assets**<br>**Attn: Venice Gamble**<br>**Director of Legal & Business Development**<br>**11426 Ventura Blvd.**<br>**Studio City, CA 91604** | Line __<br><br>☑ Not listed. Explain **Requested Notice of Sale and other activities** ____ | __ |
| 4.6 | **Michelle M. Smith, Esquire**<br>**Rothbard, Rothbard, Kohn & Keller**<br>**50 Park Place**<br>**Suite 1228**<br>**Newark, NJ 07102** | Line **3.10**<br><br>☐ Not listed. Explain ____ | __ |
| 4.7 | **Myron Bowling Auctioneers, Inc.**<br>**Attn:  Craig Breetz**<br>**Business Development Coordinator**<br>**3901 Kraus Lane**<br>**Fairfield, OH 45014** | Line __<br><br>☑ Not listed. Explain **Requested Notice of Sale and other activities** ____ | __ |
| 4.8 | **Paul W. Minnich, Esquire**<br>**Barley Snyder**<br>**100 East Market Street**<br>**York, PA 17401-1219** | Line **3.66**<br><br>☐ Not listed. Explain ____ | __ |
| 4.9 | **Phillip W. Lamparello, Esquire**<br>**Gibbons P.C.**<br>**One Gateway Center**<br>**Newark, NJ** | Line **3.52**<br><br>☐ Not listed. Explain ____ | __ |
| 4.10 | **Tsiwen M. Law, Esquire**<br>**Law & Associated,L.L.C**<br>**One Penn Center, Suite 1055**<br>**1617 John F. Kennedy Boulevard**<br>**Philadelphia, PA 19103** | Line **3.159**<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | **Metropolitan Steel Industries, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.11 **Wm. F. Comly & Son, Inc.** **Attn:  Stephen E. Comly, ASA** **1825 E. Boston Street** **Philadelphia, PA 19125** | Line __ ☑ Not listed. Explain  **Requested Notice** **of Sale and other activities** | __ |

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 768,371.07 |
| **5b. Total claims from Part 2** | 5b. + | $ | 13,124,064.35 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 13,892,435.42 |

---

**Fill in this information to identify the case:**

Debtor name   **Metropolitan Steel Industries, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
amended filing

---

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Project:  Hofstra School of Medicine. Debtor will not be completing any remaining obligations to supply steel or services on this project.** | |
| | State the term remaining | | **E.W. Howell Company** |
| | List the contract number of any government contract | | **245 Newtown Road** **Plainview, NY 11803** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Project:  PS-343. Debtor will not be completing any remaining obligations to supply steel or services on this project.** | |
| | State the term remaining | | **E.W. Howell Company** |
| | List the contract number of any government contract | | **245 Newtown Road** **Plainview, NY 11803** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Project:  PS-62. Debtor will not be completing any remaining obligations to supply steel or services on this project.** | |
| | State the term remaining | | **Leon D. DeMatteis Construction Corp.** |
| | List the contract number of any government contract | | **820 Elmont Road** **Elmont, NY 11003** |

---

8/03/16  8:49AM

Debtor 1   **Metropolitan Steel Industries, Inc.**
          First Name          Middle Name          Last Name

Case number *(if known)*



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Project:  MTA Bus Command.** **Debtor will not be completing any remaining obligations to supply steel or services on this project.** | |
|---|---|---|---|
| | State the term remaining | | **MPCC Corporation** **81 Rockdale Avenue** **New Rochelle, NY 10801** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Project:  Queens Borough Bridge.** **Debtor will not be completing any remaining obligations to supply steel or services on this project.** | |
|---|---|---|---|
| | State the term remaining | | **NorthE Group, Inc.** **60 E. 9th Street** **New York, NY 10003** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Project:  American Dream.** **Debtor will not be completing any remaining obligations to supply steel or services on this project.** | |
|---|---|---|---|
| | State the term remaining | | **PCL Construction Services, Inc.** **6700 Forum Drive, Suite 100** **Orlando, FL 32821** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Project:  Riverside Center Bldg. 5.** **Debtor will not be completing any remaining obligations to supply steel or services on this project.** | |
|---|---|---|---|
| | State the term remaining | | **Tishman Construction Company** **100 Park Avenue, 5th Floor** **New York, NY 10017** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

8/03/16  8:49AM

Debtor 1    **Metropolitan Steel Industries, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Project:  Bristol-Myer Squibb. Debtor will not be completing any remaining obligations to supply steel or services on this project.** | |
|---|---|---|---|
| | State the term remaining | | **Torcon, Inc. 3401 Princeton Pike Lawrence Township, NJ 08648** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Project:  East Market Street. Debtor will not be completing any remaining obligations to supply steel or services on this project.** | |
|---|---|---|---|
| | State the term remaining | | **Tutor-Perini Building Corp. 130 N. 18th Street, Suite 1500 Philadelphia, PA 19103** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Project:  George Washington Bridge. Debtor will not be completing any remaining obligations to supply steel or services on this project.** | |
|---|---|---|---|
| | State the term remaining | | **Tutor-Perini Building Corp. 130 N. 18th Street, Suite 1500 Philadelphia, PA 19103** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    **Metropolitan Steel Industries, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **D. Kent Hartley** | **150 Timberline Lane** **Butler, PA 16001** | **Metals USA Plates & Shapes** | ☐ D ____ ■ E/F __3.105__ ☐ G ____ |
| 2.2 | **D. Michael Hartley** | **26135 Fawnwood Court** **Bonita Springs, FL 34134** | **Metals USA Plates & Shapes** | ☐ D ____ ■ E/F __3.105__ ☐ G ____ |
| 2.3 | **Standard Bent** | **P.O. Box 469** **Butler, PA 16003** | **Infra-Metals Co.** | ☐ D ____ ■ E/F __3.75__ ☐ G ____ |

**Fill in this information to identify the case:**

Debtor name    **Metropolitan Steel Industries, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From **1/01/2016** to **Filing Date** | ■ Operating a business ☐ Other | $14,337,155.00 |
| **For prior year:** From **1/01/2015** to **12/31/2015** | ■ Operating a business ☐ Other | $20,814,264.00 |
| **For year before that:** From **1/01/2014** to **12/31/2014** | ■ Operating a business ☐ Other | $1,177,238.00 |

2. **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |

Debtor    **Metropolitan Steel Industries, Inc.**

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Airgas East**<br>**732 Tulpehocket Street**<br>**Attn: Jack Bordonaro**<br>**Reading, PA 19601** | **5/19/2016**<br>**6/9/2016**<br>**6/16/2016**<br>**6/27/2016** | **$34,952.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **A&R Trucking LLC**<br>**503 Kunkletown Road**<br>**Kunkletown, PA 18058** | **6/9/2016** | **$7,375.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **All Steel Service Inc.**<br>**305 W. Washington Street**<br>**Allentown, PA 18102** | **5/23/2016**<br>**5/31/2016** | **$15,455.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **AmeriHealth Casualty Services**<br>**P.O. Box 8500**<br>**Philadelphia, PA 19178** | **6/1/2016**<br>**6/30/2016**<br>**7/13/2016** | **$21,325.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Worker's**<br>**Compensation Insurance** |
| 3.5. **Amquip Crane Rental LLC**<br>**P.O. Box 782945**<br>**Philadelphia, PA 19178** | **5/16/16**<br>**5/27/2016**<br>**6/30/2016** | **$81,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Aveva, Inc.**<br>**10350 Richmond Ave., Suite 400**<br>**Houston, TX 77042** | **5/5/2016**<br>**6/30/2016** | **$8,599.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Axis Steel Detailing Inc.**<br>**P.O. Box 826**<br>**Orem, UT 84059** | **5/31/2016**<br>**6/10/2016** | **$80,823.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Bushwick Metals LLC**<br>**P.O. Box 414860**<br>**Boston, MA 02241-4860** | **6/1/2016** | **$32,988.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Metropolitan Steel Industries, Inc.**

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9.  **Chrysler  Capital**<br>P.O. Box 961278<br>Fort Worth, TX 76161-1278 | **5/12/2016**<br>**6/16/2016**<br>**6/27/2016** | **$7,214.34** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Copeland Surveying, Inc.**<br>707 Whitehorse Pike, Suite B-3<br>Absecon, NJ 08201 | **6/9/2016**<br>**6/27/2016** | **$20,527.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **Cresco Lines, Inc.**<br>15220 S. Halsted Street<br>Harvey, IL 60426 | **5/19/2016**<br>**6/9/2016**<br>**6/16/2016** | **$37,661.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **District Council Ironworkers**<br>12 Edison Place<br>Springfield, NJ 07081 | **6/1/2016** | **$17,892.62** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Union Dues** |
| 3.13. **DRM Associates Inc**<br>4334 Hanover Pike<br>Manchester, MD 21102 | **6/9/2016**<br>**6/27/2016** | **$14,754.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **First Insurance Funding Corp**<br>450 Skokie Blvd.<br>Northbrook, IL 60062 | **6/1/2016**<br>**6/16/2016** | **$49,744.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **General Liability and Umbrella Insurance** |
| 3.15. **First National Bank**<br>P.O. Box 31535<br>Tampa, FL 33631 | **5/16/2016**<br>**6/29/2016** | **$97,090.68** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Principal and Interest on Loan** |
| 3.16. **Fisher's Rental**<br>2698 Bernville Road<br>Winona, MN 55987-1286 | **6/16/2016**<br>**6/27/2016** | **$6,976.97** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Metropolitan Steel Industries, Inc.**

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17. **First National Bank**<br>P.O. Box 31535<br>Tampa, FL 33631 | 7/13/2016 | $7,727.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Commericial Credit Card** |
| 3.18. **Global Steel Detailing**<br>AV. De Los Shyris 3110 Y Pasaje Eiffel<br>Office 203<br>Quito-Ecuador | 5/10/2016<br>6/2/2016<br>6/30/2016 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. **Haydon Bolts Inc.**<br>1181 Unity Street<br>Philadelphia, PA 19124-3196 | 5/12/2016<br>6/9/2016<br>6/16/2016<br>6/27/2016<br>6/30/2016 | $85,763.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. **I.U.O.E. Benefit Funds**<br>P.O. Box 1477<br>Fort Washington, PA 19034 | 6/1/2016<br>6/30/2016 | $31,410.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Union Dues** |
| 3.21. **Infra-Metals Co.**<br>P.O. Box 409828<br>Atlanta, GA 30384 | 5/19/2016<br>6/1/2016<br>6/16/2016<br>6/27/2016 | $160,694.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. **Iron Workers Local 68**<br>2595 Yardville-Hamilton Square<br>Trenton, NJ 08690 | 5/9/2016<br>5/16/2016<br>5/23/2016 | $40,050.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Union Dues** |
| 3.23. **John F. Eberth Associated, Inc.**<br>81 West Lake Shore Drive<br>Rockaway, NJ 07866 | 6/1/2016<br>6/27/206<br>6/30/2016 | $10,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24. **Joint Admin Acct. Local 580**<br>501 W 42nd Street<br>New York, NY 10036 | 5/6/2016<br>6/20/2016 | $34,676.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Union Dues** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

8/03/16 8:49AM

Debtor    **Metropolitan Steel Industries, Inc.**

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.25. **Kenvil United Corp** <br> P.O. Box 32 <br> Wharton, NJ 07885 | 5/12/2016 <br> 5/12/2016 <br> 6/10/2016 <br> 7/8/2016 | $616,149.50 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.26. **Leisawitz Heller** <br> 2755 Century Blvd. <br> Wyomissing, PA 19610 | 6/30/2016 | $15,000.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other **Legal costs and fees for bankruptcy** |
| 3.27. **Local 40, 361 & 417** <br> 451 Park Avenue South <br> New York, NY 10016 | 6/1/2016 <br> 6/6/2016 | $110,623.55 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other **Union Dues** |
| 3.28. **Metals USA Plates & Shapes** <br> P.O. Box 827110 <br> Philadelphia, PA 19182 | 6/1/2016 <br> 6/27/2016 <br> 6/30/2016 | $97,762.06 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.29. **Motco Logistics LLC** <br> 6547 Hollenbach Road <br> New Tripoli, PA 18066 | 6/9/2016 <br> 6/16/2016 <br> 6/22/2016 <br> 6/30/2016 | $7,432.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.30. **New Jersey Galv & Tinning** <br> 139 Haynes Avenue <br> Newark, NJ 07114-2286 | 6/22/2016 | $28,528.34 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.31. **New York State Insurance Fund** <br> 199 Church Street <br> New York, NY 10007 | 6/6/2016 <br> 6/30/2016 | $12,528.73 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other **Worker's Compensation Insurance** |
| 3.32. **Nitterhouse Concrete** <br> P.O. Box 2013 <br> Chambersburg, PA 17201 | 5/25/2016 <br> 6/3/2016 <br> 6/16/2016 <br> 7/8/2016 | $825,679.58 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |

Debtor  **Metropolitan Steel Industries, Inc.**

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.33. **Nobel Equipment & Supply Co., Inc.** 1920 U.S. HWY #1 Linden, NJ 07036 | 6/1/2016 6/16/2016 | $7,466.17 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.34. **Northeast Gas Servics, Inc.** 27 McDermott Place Bergenfield, NJ 07621 | 6/1/2016 6/9/2016 6/16/2016 6/30/2016 | $8,298.30 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.35. **Ohio Gratings, Inc.** 5299 Southway Street SW Canton, OH 44706 | 6/9/2016 | $25,315.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.36. **Owens Steel Company Inc.** 727 Mauney Drive Columbia, SC 29201 | 7/5/2016 | $336,357.17 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.37. **Peddinghaus Corporation** 300 N. Washington Avenue Bradley, IL 60915 | 6/9/2016 6/27/2016 | $11,853.21 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.38. **PPL Electric Utilities** P.O. Box 25247 Lehigh Valley, PA 18002-5247 | 6/1/2016 6/27/2016 | $18,169.14 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Electric bill** |
| 3.39. **Reading Crane and Engineering** 11 Vanguard Drive Reading, PA 19606 | 5/27/2016 6/9/2016 6/16/2016 6/27/2016 6/30/2016 | $11,996.43 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.40. **Roof Deck Inc.** 80 Twin Rivers Drive Hightstown, NJ 08520 | 5/5/2016 5/19/2016 5/24/2016 5/26/2016 6/23/2016 | $73,538.31 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor    **Metropolitan Steel Industries, Inc.**    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.41. **Sherwin-Williams**<br>**1620 North 3rd Street**<br>**Reading, PA 19601** | **6/9/2016**<br>**6/30/2016** | **$6,908.24** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.42. **Sideplate Systems, Inc.**<br>**25909 Pala Suite 200**<br>**Mission Viejo, CA 92691** | **5/19/2016**<br>**6/16/2016** | **$40,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.43. **Steel Dynamics Structural Div.**<br>**36260 Treasury Center**<br>**Chicago, IL 60669-4000** | **5/25/2016** | **$50,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.44. **Stevens & Lee**<br>**P.O. Box 679**<br>**Reading, PA 19603-0679** | **6/24/2016** | **$100,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Legal services**__ |
| 3.45. **Stradley Ronon**<br>**Stevens & Young, LLP**<br>**2005 Market Street STE 2600**<br>**Philadelphia, PA 19103-7018** | **5/23/2016** | **$123,604.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.46. **Loomis Company- PCW**<br>**850 N Park Rd,**<br>**Wyomissing, PA 19610** | **6/7/2016**<br>**7/13/2016**<br>**7/15/2016** | **$26,898.04** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Insurance**__ |
| 3.47. **UMOJA Erectors LLC**<br>**924 North 19th Street**<br>**Philadelphia, PA 19130** | **5/6/2016**<br>**5/13/2016**<br>**6/3/2016**<br>**6/10/2016**<br>**6/21/2016** | **$429,296.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.48. **United States Treasury**<br>**1500 Pennsylvania Avenue, NW**<br>**Washington, DC 20220** | **7/12/2016**<br>**7/18/2016** | **$62,004.62** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Payroll Taxes**__ |

8/03/16 8:49AM

Debtor **Metropolitan Steel Industries, Inc.**

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.49. **West Motor Freight** P.O. Box 62891 Baltimore, MD 21264 | **6/9/2016** **6/16/2016** | **$20,701.00** | ☐ Secured debt ■ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.50. **Wex Bank** P. O. Box 6293 Carol Stream, IL 60197 | **5/1/2016** **6/9/2016** **7/7/2016** | **$14,846.12** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other_Credit Card_ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **D. Kent Hartley** 150 Timberline Lane Butler, PA 16001 **Mortgagee on parcels** | **10/2/2015,** **11/13/2015,** **6/9/2016** **6/16/2016** **6/27/2016** **6/30/2016** **7/7/2016** | **$168,360.78** | **Payments of Principal and Interest & Expenses** |
| 4.2. **D. Michael Hartley** 26135 Fawnwood Court Bonita Springs, FL 34134 **Mortgagee on parcels** | **10/2/2015,** **11/13/2015,** **6/9/2016** **6/16/2016** **7/7/2016** | **$180,784.29** | **Payments of Principal and Interest & Expenses** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **PCL Construction Services** 300 Paterson Plank Road East East Rutherford, NJ 07073 | **Structural Steel & Plate** | **7/18/2016-7/21 /2016** | **$1,386,525.56** |
| **Infra-Metals Co.** P.O. Box 409828 Atlanta, GA 30384 | **Structural Steel & Plate** | **7/11/2016-7/15 /2016** | **$126,849.91** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Metropolitan Steel Industries, Inc.**

Case number *(if known)* _____

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Tutor-Perini Building Corp**<br>**One Logan Square**<br>**130 N. 18th Street**<br>**Suite 1500**<br>**Philadelphia, PA 19103** | **Structural Steel & Plate** | **7/11/2016-7/15**<br>**/2016** | **$1,284,435.48** |
| **IMAGEZE, Inc.**<br>**P.O. Box 151**<br>**Reading, PA 19603** | **Server** | **7/18/2016** | **$3,500.00** |
| **Cintas Fire Protection**<br>**P.O. Box 636525**<br>**Cincinnati, OH 45263-5250** | **25 Fire Extinguishers** | **7/22/2016** | **$2,578.65** |
| **IMAGEZE, Inc.**<br>**P.O. Box 151**<br>**Reading, PA 19603** | **4 Computers & 4 Laptops** | **7/29/2016** | **Unknown** |
| **Northeast Gas Servics, Inc.**<br>**27 McDermott Place**<br>**Bergenfield, NJ 07621** | **26 boxes of welding wire** | **8/3/2016** | **$3,042.00** |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Hynes**<br>**v.**<br>**Steelco Acquisitions, LLC et al**<br>**15-15579** | **Civil Action**<br>**Complaint** | **Berks County CCP**<br>**833 Court Street**<br>**Reading, PA 19601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Midatlantic Erectors, Inc.**<br>**v. Metropolitan Steel Industries, Inc.**<br>**L-001975 16** | **Civil Action**<br>**Complaint** | **Superior Court of New Jersey**<br>**Essex County**<br>**Hall of Records, Room 201**<br>**465 Dr. Martin Luther King Jr. Blvd.**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8/03/16  8:49AM

Debtor    **Metropolitan Steel Industries, Inc.**

Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. **American Express Travel Related Services Company, Inc./**<br>**v.**<br>**Metropolitan Steel Industries, Inc. D/B/A SteelC**<br>651367/2016 | **Civil Action Complaint** | **Supreme Court of the State of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **E.W. Howell Co., LLC**<br>**v.**<br>**Metropolitan Steel Industries, Inc. d/b/a Steelco**<br>15-cv-06603 | **Civil Action Complaint** | **United States District Court Southern Distric of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **Robert Weyrauch**<br>**v.**<br>**Metropolitan Steel Industries, Inc., et al.**<br>152481/2015 | **Civil Action Complaint** | **Supreme Court of the State of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **American Stair Corporation Inc.**<br>**v.**<br>**Metropolitan Steel Industries, Inc.**<br>**d/b/a Steelco, et al.**<br>L-1332-16 | **Civil Action Complaint** | **Superior Court of New Jersey** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **Greiner Industries, Inc.**<br>**v.**<br>**Metropolitan Steel Industries, Inc.**<br>15-20414 | **Civil Action Complaint** | **Berks County Court of Common Pleas**<br>**833 Court Street**<br>**Reading, PA 19601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. **Berks Products Corp.**<br>**v.**<br>**Metropolitan Steel Ind. Inc. d/b/a Steelco**<br>MJ-23101-CV-0000107-2016 | **Civil Action Complaint** | **MDJ-23-1-01** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. **Quinco Contracting and Maintenance Co.**<br>**v.**<br>**Metroploitan Steel, Inc.**<br>2016-01410 | **Civil Action Complaint** | **Montgomery County Court of Common Pleas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10<br>. | **Umoja Erectors, LLC**<br>**v.**<br>**Metropolitan Steel Industries, Inc.**<br>02025 | **Civil Action Complaint** | **Court of Common Plea Philadelphia County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.11<br>. | **Christopher Caral Jr., et al**<br>**v.**<br>**Metropolitan Steel Industries, Inc. d/b/a Steelco, et al.**<br>16-2819 | **Civil action Complaint** | **US District Court ED Pennsylvania** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12<br>. | **Print-O-Stat, Inc.**<br>**v. Metropolitan Steel Industries, Inc.**<br>MJ-02205-CV-0000097-2016 | **Civil Action Complaint** | **MDJ-02-2-05** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Metropolitan Steel Industries, Inc.**                                    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.13<br>. | **Bay Crane Service, Inc., Bay Crane Service of Long Island, Inc. and Bay Crane Service of New Jersey, Inc.**<br>**v.**<br>**Metropolitan Steel Industries, Inc., et al**<br>**155961-2016** | **Civil Action Complain** | **Supreme Court of the State on New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Farris theft from company.  Under police investigation** | **Amount Unknown** | | **$0.00** |

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

---

Debtor    **Metropolitan Steel Industries, Inc.**

Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Leisawitz Heller** **2755 Century Blvd.** **Wyomissing, PA 19610** | | **Various dates in 2016** | **$15,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Leslie Hynes** **2002 Farley Road** **Whitehouse Station, NJ 08889** | **MassMutual Life Insurance Policy - premium has been paid by Leslie Hynes since the inception of the policy** | | **$0.00** |
| | Relationship to debtor | | | |

---

**Part 7:**    **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

Debtor    **Metropolitan Steel Industries, Inc.**                                    Case number *(if known)* _____

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☑ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ☑ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ☑ Yes. Fill in below:

        Name of plan                                                    Employer identification number of the plan
        **Steelco Defined Contribution Retirement Plan**               EIN:  **47-2414683**

        Has the plan been terminated?
        ☐ No
        ☑ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **Metropolitan Steel Industries, Inc.** | Case number *(if known)* | |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Hynes Family members, et al /Andrew Vogt** | **Storage/shipping container**<br>**601 Fritztown Rd.**<br>**Sinking Spring, PA 19608** | **Personal tools owned by various individuals located in storage container on property.** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **MPCC Corporation**<br>**81 Rockdale Avenue**<br>**New Rochelle, NY 10801** | **601 Fritztown Road**<br>**Sinking Spring, PA 19608** | **Steel and achor bolts** | **$76,926.58** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25.   Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

Debtor   **Metropolitan Steel Industries, Inc.**                                    Case number *(if known)*  _____

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Herbein & Company, Inc.**<br>**2763 Century Blvd.**<br>**Wyomissing, PA 19610** | **2014-2015** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Herbein & Company, Inc.**<br>**2763 Century Blvd.**<br>**Wyomissing, PA 19610** | **2014-2015** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Herbein & Company, Inc.**<br>**2763 Century Blvd.**<br>**Wyomissing, PA 19610** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **SOLIC Capital Advisors, LLC**<br>**1603 Orrington Avenue**<br>**Suite 1600**<br>**Evanston, IL 60201** |
| 26d.2.    **First National Bank**<br>**1051 New Castle Road**<br>**Prospect, PA 16052** |
| 26d.3.    **Loomis Company- PCW**<br>**850 N Park Rd,**<br>**Wyomissing, PA 19610** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

8/03/16 8:49AM

Debtor **Metropolitan Steel Industries, Inc.**                Case number (*if known*) _____

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **David Cool / Joe Voletto** | **3/21/16-3/25/16** | **$55,838.25** |

| Name and address of the person who has possession of inventory records |
|---|
| **David Cool** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **D. Michael Hartley** | **26135 Fawnwood Court Bonita Springs, FL 34134** | **Shareholder** | **50 %** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **D. Kent Hartley** | **150 Timberline Lane Butler, PA 16001** | **Shareholder** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Andrew Vogt** | **85 Mudtown Road Wantage, NJ 07461** | | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Charles P. Farris** | **71 Limerick Lane Phillipsburg, NJ 08865-5723** | | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **D. Michael Hartley 26135 Fawnwood Court Bonita Springs, FL 34134** | **$180,784.29** | **10/2/2015, 11/13/2015, 6/9/2016, 6/16/2016, 7/7/2016** | **Payments of Principal and Interest & Expenses** |

| Relationship to debtor |
|---|
| **Mortgagee on parcels** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  **Metropolitan Steel Industries, Inc.**                                              Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | D. Kent Hartley<br>150 Timberline Lane<br>Butler, PA 16001 | $168,360.78 | 10/2/2015,<br>11/13/2015,<br>6/9/2016,<br>6/16/2016,<br>6/27/2016,<br>6/30/2016,<br>7/7/2016 | **Payments of Principal and Interest & Expenses** |
| | Relationship to debtor<br>**Mortgagee on parcels** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☐ No
- ■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Steelco Defined Contribution Retirement Plan** | EIN:    47-2414683 |

---

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **August  3, 2016**

**/s/ David Cool**                                                   **David Cool**
Signature of individual signing on behalf of the debtor             Printed name

Position or relationship to debtor      **CFO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Metropolitan Steel Industries, Inc.**
_____
                                    Debtor(s)

Case No. _____

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|   |   |   |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

□ Debtor      ■ Other (specify):     **$400.00 per hour - Charles J. Phillips, Esquire**
                                    **$350.00 per hour - Eden R. Bucher, Esquire**
                                    **$200.00-$295.00 per hour - Associates**
                                    **$150.00 per hour - Paralegals**

3.    The source of compensation to be paid to me is:

□ Debtor      ■ Other (specify):     **D. Michael Hartley**
                                    **D. Kent Hartley**
                                    **To be paid on an hourly basis (see above for rates)**

4.    ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      □  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
          copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
      e.  [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**August  3, 2016**
_____
*Date*

**/s/ Charles J. Phillips, Esquire**
_____
**Charles J. Phillips, Esquire 39260**
*Signature of Attorney*
**Leisawitz Heller Abramowitch Phillips, P.C.**
**2755 Century Blvd.**
**Wyomissing, PA 19610**
**610-372-3500  Fax: 610-372-8671**
_____
*Name of law firm*

---

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   **Metropolitan Steel Industries, Inc.**                                    Case No.
                                                    Debtor(s)        Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the

best of my knowledge.

Date:    **August  3, 2016**                          **/s/ David Cool**
                                                      **David Cool/CFO**
                                                      Signer/Title

A.C. Coronato Corporation
P.O. Box 506
Lyndhurst, NJ 07071


Acme Metals Co.
3000 Grand Ave #1
Pittsburgh, PA 15225


Advanced Business Equipment
1129 Union Blvd.
Allentown, PA 18109


Airgas East
732 Tulpehocket Street
Attn: Jack Bordonaro
Reading, PA 19601


All Steel Service Inc.
305 W. Washington Street
Allentown, PA 18102


Ally
P.O. Box 9001948
Louisville, KY 40290


Ally Financial
P.O. Box 380901
Bloomington, MN 55438


American Crane & Equip. Corp
531 Old Swede Road
Douglassville, PA 19518


American Express Travel Related Services
c/o Michael Hoefs, Esquire
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

American Inst. of Steel Construction
c/o Legacy Professionals LLP
Dept 978763
P.O. Box 8763
Carol Stream, IL 60197-8763


American Stair Corporation
642 Forestwood Drive
Romeoville, IL 60446-1354


American Vending Services, Inc.
405 Keystone Blvd.
BLDG 4-A
Pottstown, PA 19464


Amquip Crane Rental LLC
P.O. Box 782945
Philadelphia, PA 19178


Axis Steel Detailing Inc.
P.O. Box 826
Orem, UT 84059


BACO Enterprises, Inc.
1190 Longwood Avenue
Bronx, NY 10474


Bay Crane Jersey
316 Patterson Plank Road
East Rutherford, NJ 07073


Bay Crane Service Inc.
11-02 43rd Avenue
Long Island City, NY 11101


Berks and Beyond Employment Svc.
926 Penn Ave
Reading, PA 19610

Berks EIT Bureau
1125 Berkshire Blvd.
Suite 115
Wyomissing, PA 19610


Berks Products Corporation
Customer Acct Processing
167 Berks Products Drive
Leesport, PA 19533


Bernville Quality Fuels Inc.
330 Blair Avenue
Reading, PA 19601


BIC-Berkley Fire & Marine
P.O. Box 204627
Dallas, TX 75320-4627


Birmingham Fastener, Inc.
P.O. Box 10323
Birmingham, AL 35202


Blue Moose Tube
1519 Clarkson Road
Chesterfield, MO 63017


Blueline Rental LLC
P.O. Box 840062
Dallas, TX 75284-0062


Bushwick Metals LLC
P.O. Box 414860
Boston, MA 02241-4860


Capital Recovery Group, LLC
Attn: Steve Papillo
1654 King Street
Enfield, CT 06082

Cartridge World
4748 Penn Avenue
Reading, PA 19608


Central Metals, Inc.
1054 South 2nd Street
Camden, NJ 08103


Certified Steel Co. Inc.
1333 Brunswick Pike, Suite 200
Lawrence Township, NJ 08648


Chapel Steel Company
P.O. Box 8500
Box 4106
Philadelphia, PA 19178-4106


Choice Communications
370 West main Avenue
Myerstown, PA 17067


Christopher and Elizabeth Caral
c/o Ari R. Karpf, Esquire
3331 Street Rd.
Two Greenwood Square, Suite 128
Bensalem, PA 19020


Chrysler  Capital
P.O. Box 961278
Fort Worth, TX 76161-1278


Chrysler Capital
P.O. Box 660335
Dallas, TX 75266-0335


CIA Company
Attn: Ryan L. Luggen

CIA Company
Attn: Ryan L. Luggen
Business Development Executive
2020 Dunlap Street
Cincinnati, OH 45214


Cintas Corporation LOC 101
P.O. Box 636165
Cincinnati, OH 45263-0803


Cintas Fire Protection
P.O. Box 636525
Cincinnati, OH 45263-5250


CNA Insurance
100 Matsonford Rd
Wayne, PA 19087


Colonial Electric Supply Co.
P.O. Box 414564
Boston, MA 02241-4564


Commonwealth of Pennsylvania
Dept. of Labor and Industry
651 Boas Street
Harrisburg, PA 17121-0750


Control Associates & Mfg LLC
1452 Woodlot Road
Manheim, PA 17545


Copeland Surveying, Inc.
707 Whitehorse Pike, Suite B-3
Absecon, NJ 08201


CPA Technology
101 W. Elm Street
Suite 500
Conshohocken, PA 19428

Cresco Lines, Inc.
15220 S. Halsted Street
Harvey, IL 60426


CT Corporation
P.O. Box 4349
Carol Stream, IL 60197-4349


Custom Welding, Inc.
847 State Route 12
Frenchtown, NJ 08825


D. Kent Hartley
150 Timberline Lane
Butler, PA 16001


D. Michael Hartley
26135 Fawnwood Court
Bonita Springs, FL 34134


D. Michael Hartley and D. Kent Hartley
26135 Fawnwood Court
Bonita Springs, FL 34134


David J. Pfeffer, Esquire
Tarter Kinsky & Drogin LLP
1350 Broadway
New York, NY 10018


Diesel Service, Inc.
150 Lehigh Street
Reading, PA 19601


Dillon McCandless Ling Coulter
128 West Cunningham Street
Butler, PA 16001

Discount Metal Inc.
29110 Anderson Road
Wickliffe, OH 44092


Doyle Structural Solutions, LLC
1140 N. Fifth Street
Stroudsburg, PA 18360


DRM Associates Inc
4334 Hanover Pike
Manchester, MD 21102


Durrett Sheppard Steel
P.O. Box 758656
Baltimore, MD 21275-8656


E-ZPass
NJ E-ZPass
Violations Processing Center
P.O. Box 4971
Trenton, NJ 08650


E.W. Howell Co., LLC
245 Newtown Rd.
Suite 600
Plainview, NY 11803


E.W. Howell Company
245 Newtown Road
Plainview, NY 11803


Elizabethtown Gas
P.O. Box 5412
Carol Stream, IL 60197-5412


ERICO
3138 Paysphere Circle
Chicago, IL 60674

EW Wylie Corporation
Rend 7252 Southern Center
Chicago, IL 60677-7002


Fastenal Company
P.O. Box 1286
Winona, MN 55987-1286


Fed Ex
P.O. Box 371461
Pittsburgh, PA 15250-7461


First National Bank
P.O. Box 31535
Tampa, FL 33631


Fisher's Rental
2698 Bernville Road
Winona, MN 55987-1286


Ford Credit
Box 220564
Pittsburgh, PA 15257-2564


Ford Motor Credit Company
P.O. Box 17948
Greenville, SC 29606


Freightquote.com, Inc.
901 West Carondelt Drive
Kansas City, MO 64114


Frontier Steel Co.
P.O. Box 71431
Chicago, IL 60694

George Hill Systems
573 Fancy Hill Road
Boyertown, PA 19512


Global Steel Detailing
AV. De Los Shyris 3110 Y Pasaje Eiffel
Office 203
Quito-Ecuador


Grainer Inc.
Dept 827725920
Palatine, IL 60038-0010


Greiner Industries Inc.
1650 Steel Way
Mount Joy, PA 17552


H.R. Direct
PO Box 668220
Pompano Beach, FL 33066-8220


Harris-Camden Term Equip, Inc.
2201 mt. Ephraim Avenue
Camden, NJ 08104


Haydon Bolts Inc.
1181 Unity Street
Philadelphia, PA 19124-3196


Health America
P.O. Box 6506
Carol Stream, IL 60197-6506


Health Industrial
Attn: Stephen Stabiner
Director of Auction & Appraisal Services
460 Irmen Drive
Addison, IL 60101

Herbein & Co. Inc.
2763 Century Blvd.
Wyomissing, PA 19610


HILTI Inc.
P.O. Box 382002
Pittsburgh, PA 15250-8002


HR Evans Steel Co.
Bldg N. Unit #2
755 Boardman Canfield Road
Youngstown, OH 44512


IMAGEZE, Inc.
P.O. Box 151
Reading, PA 19603


Industrial Assets
Attn: Venice Gamble
Director of Legal & Business Development
11426 Ventura Blvd.
Studio City, CA 91604


Infra-Metals Co.
P.O. Box 409828
Atlanta, GA 30384


Internal Revenue Service
Cincinnati, OH 45999


Internal Revenue Service
1720 Hempstead Road
P.O. Box 10128
Lancaster, PA 17605


J Grady Randolph Inc.
P.O. Box 2128
Gaffney, SC 29342

Jessi G's Enterprises, Inc.
1542 Philadelphia Street
Indiana, PA 15701


John F. Eberth Associated, Inc.
81 West Lake Shore Drive
Rockaway, NJ 07866


JV Warehouse Solutions
P.O. Box 3339
Fullerton, CA 92834-3339


Kelly Springfield Trucking
1300 Lower Road
P.O. Box 4066
Linden, NJ 07036


Kenvil United Corp
P.O. Box 32
Wharton, NJ 07885


L.W. Martin Truck Repair
152 W. Church Road
Lititz, PA 17543


Lamont Hanley & Associates, Inc.
Corp. Headquarters
1138 Elm Street
Manchester, NH 03101


Lancaster Foundry Supply Co.
2314 Norman Road
Lancaster, PA 17601


Lenovo Financial Services
21146 Network Place
Chicago, IL 60673-1211

Leon D. DeMatteis Construction Corp.
820 Elmont Road
Elmont, NY 11003


Liedtka Logistics LLC
One PGT Way
Monaca, PA 15061


LNP Media Group, Inc.
P.O. Box 3999
Lancaster, PA 17604-3999


Local 11
12 Edison Place
Springfield, NJ 07081


Local 14-14B Fund Office
141-57 Northern Blvd
Flushing, NY 11354


Local 15
44-10 11th Street
Long Island City, NY 11101


Local 18
35-30 Francis Lewis Blvd.
Flushing, NY 11358


Local 40, 361 & 417
451 Park Avenue South 9th Floor
New York, NY 10016


Local 542
1375 Virginia Drive
Fort Washington, PA 19034

Local 580
501 W. 42nd Street
New York, NY 10063


Local 825
65 Springfield Avenue
2nd Floor
Springfield, NJ 07081


Loomis Company- PCW
850 N Park Rd,
Wyomissing, PA 19610


Lowes Business Account/GECF
P.O. Box 530970
Atlanta, GA 30353-0970


LTC Inc.
1115 Inidustrial Drive
West Salem, WI 54669


Lynchburg Freight & Spec. LLC
2940 Fulks Street
Lynchburg, VA 24501


Macintosh Engineering
2 Mill Road
Suite 100
Wilmington, DE 19806


Mack Employment Services, Inc.
2834 Shillington Road RT 724
Reading, PA 19608


Marlin Business Bank
P.O. Box 13604
Philadelphia, PA 19101-3604

MassMutual Financial Group
306 Kricks Mill Road
Robesonia, PA 19551


McMaster-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690


Metals USA Plates & Shapes
P.O. Box 827110
Philadelphia, PA 19182


Michelle M. Smith, Esquire
Rothbard, Rothbard, Kohn & Keller
50 Park Place
Suite 1228
Newark, NJ 07102


Michelman-Cancelliere Iron Works, Inc.
7230 Beth-Bath Pike
Bath, PA 18014


Mike Sweigart Landscaping
306 Kricks Mill Road
Robesonia, PA 19551


Modular Space Corporation
12603 Collections Center Drive
Chicago, IL 60693-0126


Motco Logistics LLC
6547 Hollenbach Road
New Tripoli, PA 18066


Moyer Transport LLC
6547 Hollenbach Road
New Tripoli, PA 18066

MPCC Corporation
81 Rockdale Avenue
New Rochelle, NY 10801


MSC Industrial Supply Co. Inc.
Dept CH 0075
Palatine, IL 60055-0075


Myron Bowling Auctioneers, Inc.
Attn: Craig Breetz
Business Development Coordinator
3901 Kraus Lane
Fairfield, OH 45014


New Jersey Galv & Tinning
139 Haynes Avenue
Newark, NJ 07114-2286


Nitterhouse Concrete
P.O. Box 2013
Chambersburg, PA 17201


NJ Dept. of Taxation
2 Riverside Drive
Suite 632
Camden, NJ 08103


Nobel Equipment & Supply Co., Inc.
1920 U.S. HWY #1
Linden, NJ 07036


NorthE Group, Inc.
60 E. 9th Street
New York, NY 10003


Northeast Gas Servics, Inc.
27 McDermott Place
Bergenfield, NJ 07621

Northern Monmouth Regional Surgery Cent.
195 Route 9 South
Suite 210
Englishtown, NJ 07726


NYC Department of Finance
Parking Violations
Church Street Station
P.O. Box 3600
New York, NY 10008


NYS Dept. of Taxation
W.A. Harriman Campus
Albany, NY 12227


NYSTROM
NW 7845
P.O. Box 1450
Minneapolis, MN 55485-7845


Omega Steel Products, Inc.
P.O. Box 849
1147 County Road 48
Jemison, AL 35085


Owens Steel Company Inc.
727 Mauney Drive
Columbia, SC 29201


PA Department of Revenue
1 Revenue Place
Harrisburg, PA 17108


PA Turnpike
Toll By Plate
8000C Derry Street
Harrisburg, PA 17111

Paul W. Minnich, Esquire
Barley Snyder
100 East Market Street
York, PA 17401-1219


PCL Construction Services, Inc.
6700 Forum Drive, Suite 100
Orlando, FL 32821


Penteledata
P.O. Box 401
Palmerton, PA 18071


PGT Trucking, Inc
One PGT Way
Monaca, PA 15061


Philadelphia Ball
P.O. Box 37015
Philadelphia, PA 19122-0715


Phillip W. Lamparello, Esquire
Gibbons P.C.
One Gateway Center
Newark, NJ


Praxair Dist. Mid-Atlantic
P.O. Box 382000
Pittsburgh, PA 15250-8000


Premier Trailer Leasing
401 E. Corporate Drive
Suite 252
Lewisville, TX 75057


Print-O-Stat, Inc.
P.O. Box 15055
York, PA 17405-7046

Quinco Contracting & Maint. Inc.
842 Arrowhead Lane
Harleysville, PA 19438


R&F Excavating Co. Inc.
821 Mountain Home Rd
Sinking Spring, PA 19608


R&R Wood Products, Inc.
P.O. Box 51065
Mainland, PA 19451


Reading Crane and Engineering
11 Vanguard Drive
Reading, PA 19606


Reading Eagle Company
P.O. Box 582
Reading, PA 19603-0582


Reading Electrical
80 Witman Road
Reading, PA 19605


Reading Hospital & Medical Center
Occupational Health
1000 Tuckerton Court
Reading, PA 19605


RED-D-ARC, Inc.
1513 S. Washington Avenue
Piscataway, NJ 08854-3815


Riverside Auto & Equipment
Sales, LLC  & Towing Service
434 T. Bishiop Road
Jonesville, SC 29353

Robert Half Finance & Account
P.O. Box 743295
Los Angeles, CA 90074


Robert Weyrauch
c/o Sacks & Sacks LLP
150 Broadway, 4th Floor
New York, NY 10038


Ronstand Rods
45 High Point Avenue, Suite 2
Portsmouth, RI 02871


Saw Service & Supply, Inc.
11925 Zelis Road
Cleveland, OH 44135


Sherwin-Williams
1620 North 3rd Street
Reading, PA 19601


Sideplate Systems, Inc.
25909 Pala Suite 200
Mission Viejo, CA 92691


Solve it Solutions, LLC
711 Spring Street, Sute 101
Reading, PA 19610


Standard Bent
P.O. Box 469
Butler, PA 16003


Staples Advantage
Dept PHL
P.O. Box 415256
Boston, MA 02241-5256

Steel Dynamics Structural Div.
36260 Treasury Center
Chicago, IL 60669-4000


Stephen J. Hynes
c/o Ronald L. Israel
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ


Stevens & Lee
P.O. Box 679
Reading, PA 19603-0679


Stradley Ronon
Stevens & Young, LLP
2005 Market Street STE 2600
Philadelphia, PA 19103-7018


Suburban Testing Labs
1037F Macarthur Road
Reading, PA 19605


Taylor Oil Company
P.O. Box 974
Somerville, NJ 08876


The Angell Pension Group, Inc
88 Boyd Avenue
East Providence, RI 02914


The Heavey Group, LLC
122 Lakewood Drive
Coatesville, PA 19320


The Rose Corporation
P.O. Box 15208
Reading, PA 19612

Thornton Tomaestti, Inc.
P.O. Box 781187
Philadelphia, PA 19178-1187


Tishman Construction Company
100 Park Avenue, 5th Floor
New York, NY 10017


Torcon, Inc.
3401 Princeton Pike
Lawrence Township, NJ 08648


Total Quality Logistics
P.O. Box 799
Milford, OH 45150


Tri-State Shearing & Bending
366 Herzl Street
Brooklyn, NY 11212


Tru-Fit Products/Truweld
460 Lake Road
Medina, OH 44256


Tsiwen M. Law, Esquire
Law & Associated,L.L.C
One Penn Center, Suite 1055
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103


Tutor-Perini Building Corp.
130 N. 18th Street, Suite 1500
Philadelphia, PA 19103


Uline
P.O. Box 88741
Chicago, IL 60680-1741

UMOJA Erectors LLC
924 North 19th Street
Philadelphia, PA 19130


Uninsured Employers Fund
WCB Finance
328 State Street
Schenectady, NY 12305


United Concordia
P.O. Box 504.66
Philadelphia, PA 19182-7399


United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA 19170


United Rentals
P.O. Box 100711
Atlanta, GA 30384


USABLE LIFE
Customer Accounts
P.O. Box 204678
Dallas, TX 75320-4678


Vanguard Cleaning Systems
121 N. Cedar Crest Blvd.
Allentown, PA 18104


Vectorshades, LLC
2010 Corporate Ridge
Suite 700
Mc Lean, VA 22102


Verizon
P.O. Box 25505
Lehigh Valley, PA 18002-5505

Voss Engineering, Inc.
P.O. Box 88497
Chicago, IL 60680


Vulcraft of New York, Inc.
P.O. Box 500230
Philadelphia, PA 19182


Water Guy
2 East Point Drive
Birdsboro, PA 19508


Weinstock Brothers Corporation
140 E. Mineola Avenue
Valley Stream, NY 11580


Wells Fago
P.O. Box 5169
Sioux Falls, SD 57117


West Motor Freight
P.O. Box 62891
Baltimore, MD 21264


Wex Bank
P.O. Box 3440
Boston, MA 02241


Wilson School District
P.O. Box 7625
Lancaster, PA 17604


Wm. F. Comly & Son, Inc.
Attn: Stephen E. Comly, ASA
1825 E. Boston Street
Philadelphia, PA 19125

Young's Certified Water
19 Overlook Drive
Ephrata, PA 17522


Youngtown Pipe & Steel, LLC
45 S. Montgomery Avenue
Youngstown, OH 44506-2965

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Metropolitan Steel Industries, Inc.**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Metropolitan Steel Industries, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**D. Kent Hartley**
**150 Timberline Lane**
**Butler, PA 16001**

**D. Michael Hartley**
**26135 Fawnwood Court**
**Bonita Springs, FL 34134**

☐ None [*Check if applicable*]

**August  3, 2016**

Date

**/s/ Charles J. Phillips, Esquire**

**Charles J. Phillips, Esquire 39260**

Signature of Attorney or Litigant

Counsel for   **Metropolitan Steel Industries, Inc.**

**Leisawitz Heller Abramowitch Phillips, P.C.**

**2755 Century Blvd.**
**Wyomissing, PA 19610**
**610-372-3500 Fax:610-372-8671**